**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE: COLLECTO, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

**This Document Relates To:**

**ALL ACTIONS**

**MDL No. 14-md-2513-RGS**

**PLAINTIFF ROBERT PEGG'S RESPONSE TO PROCEDURAL ORDER REGARDING DESIGNATION OF LEAD COUNSEL**

Plaintiff, Robert Pegg, by his undersigned counsel, hereby files this Response to paragraph 9 of the Court's Procedural Order dated February 20, 2014, regarding the designation of Lead Counsel for Plaintiffs in this litigation. For the reasons set forth herein and based upon the supporting declarations attached hereto, Plaintiff Pegg requests the Court designate his attorneys J. Andrew Meyer and Sergei Lemberg as co-lead counsel to perform the duties outlined in paragraph 9 of the Court's Procedural Order. In addition, Plaintiff Pegg has no objection to the Court appointing as co-lead counsel one of the attorneys representing Plaintiff Lofton, David Parisi or Ethan Preston.

1. Pegg's Counsel, J. Andrew Meyer and Sergei Lemberg, have the experience and qualifications necessary to serve as Lead Counsel in this litigation. Mr. Meyer has been practicing law since 1995 and has focused his efforts almost exclusively on consumer class action cases since 2005. *See* Declaration of J. Andrew Meyer, attached hereto as Exhibit A. He is presently a member of the Morgan & Morgan Complex Litigation Group and works with a group of attorneys dedicated solely to representing consumers in class actions throughout the country. Mr. Meyer has previously been appointed by both state and

federal courts to serve as class counsel, and he has extensive experience in handling complex litigation including class actions. Mr. Meyer has previously served as a member of the Plaintiffs' Steering Committee in the case of *In Re: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation*, MDL No. 2116 (Eastern District of Louisiana), and served as class counsel in the case *In re Black Farmers Discrimination Litigation*, Misc. No. 08-ML-0511-PLF (District Court for the District of Columbia. In addition to handling a number of class actions focusing on consumer fraud claims, Mr. Meyer is currently prosecuting several TCPA cases in addition to the present matter. Accordingly, Mr. Meyer has the substantive knowledge as well as the practical experience necessary to serve as co-lead counsel in this Litigation.

2. Mr. Lemberg is a principal in the law firm of Lemberg Law, LLC, and he and the other members of his firm focus their practice on individual and class action consumer protections cases. *See* Declaration of Sergei Lemberg, attached hereto as Exhibit B. Mr. Lemberg is currently serving as co-lead counsel in another TCPA MDL proceeding entitled *In Re: Convergent Telephone Consumer Protection Act Litigation*, 13-md-02478, pending in the District of Connecticut. Mr. Lemberg has extensive experience in prosecuting TCPA class actions and has served as class counsel in a number of TCPA class action cases. Mr. Lemberg has also handled federal appellate matters relating to consumer protection law, including cases involving the interpretation of the TCPA. Mr. Lemberg's extensive experience in this substantive area of the law supports his appointment as co-lead counsel in this matter.

3. J. Andrew Meyer and Sergei Lemberg not only have the requisite experience to prosecute this Litigation, but their respective firms have the resources necessary to

ensure the effective representation of all plaintiffs and potential class members in this litigation. The Morgan & Morgan Complex Litigation Group has significant financial resources available to assist plaintiffs in the timely and appropriate prosecution of this case. The Morgan & Morgan Complex Litigation Group has made substantial financial contributions in its leadership capacity in other MDL proceedings, including MDL-2179, *In re Oil Spill by the Oil Rig Deepwater Horizon*, pending in the United States District Court for the Eastern District of Louisiana and MDL-2047, *In re Chinese-Manufactured Drywall Products Liability Litigation*, pending in the United States District Court for the Eastern District of Louisiana. The Morgan & Morgan Complex Litigation Group likewise stands ready to devote the financial resources necessary for the prosecution this matter, as well. Beyond financial resources, both the Morgan & Morgan Complex Litigation Group and Lemberg Law, LLC have significant human capital and infrastructure resources they can bring to bear in this case.

4. Attorneys J. Andrew Meyer and Sergei Lemberg have worked and will continue to work cooperatively with all of the other Plaintiffs' counsel in the Litigation. Mr. Meyer has organized a number of conference calls among counsel in an effort to build consensus on a leadership structure for this case. Both Mr. Meyer and Mr. Lemberg have worked to foster open dialogue between all Plaintiffs' counsel, and if appointed co-lead counsel, pledge to the Court that they will continue to seek consensus among the Plaintiffs' lawyers involved in the Litigation.

5. Finally, if appointed as co-lead counsel, Mr. Meyer and Mr. Lemberg are willing and able to commit the time and attention necessary to prosecute this matter and to fulfill the responsibilities of lead counsel outlined by the Court in its procedural order.

**WHEREFORE,** Plaintiff Robert Pegg requests the Court to appoint his counsel J. Andrew Meyer and Sergei Lemberg as co-lead counsel to perform the duties outlined in paragraph 9 of the Court's Procedural Order. In addition, Plaintiff Pegg has no objection to the Court appointing as co-lead counsel one of the attorneys representing Plaintiff Lofton, David Parisi or Ethan Preston.

Dated March 13, 2014

Respectfully submitted,

*/s/J. Andrew Meyer*
J. Andrew Meyer
Florida Bar No. 056766
Tamra Givens
Florida Bar No. 657638
**Morgan & Morgan**
**Complex Litigation Group**
One Tampa City Center
201 N. Franklin St., 7th Fl.
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4787
Email: ameyer@forthepeople.com
Email: tgivens@forthepeople.com

*/s/Sergei Lemberg*
Sergei Lemberg, Esq.
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

I, Sergei Lemberg, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Sergei Lemberg*
Sergei Lemberg