# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLLECTO, INC., TELEPHONE
CONSUMER PROTECTION ACT (TCPA)
LITIGATION

MDL No. 14-md-2513-RGS

This Document Relates To:

ALL ACTIONS

## DECLARATION OF J. ANDREW MEYER

I, J. Andrew Meyer, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney duly admitted to practice law in the state of Florida and I am admitted *pro hac vice* to practice before this Court.  I submit this declaration in support of Plaintiff Robert Pegg's Response to Procedural Order Regarding Designation of Lead Counsel, and the facts herein stated are true, of my own personal knowledge and if called to testify to such facts, I could and would do so competently.

2.      I am a partner at Morgan and Morgan and am a member of the Morgan & Morgan Complex Litigation Group.  As its name suggests, Morgan & Morgan's Complex Litigation Group focuses its practice on complex litigation including the representation of consumers in class actions brought pursuant to Fed. R. Civ. P. 23.

3.      Plaintiff, Robert Pegg, has engaged the law firms of Lemberg Law, LLC and Morgan & Morgan to represent him in this action.

4.      If appointed to a leadership position in the present case, I will not only draw upon my personal experience, but I will also have the benefit of the experience of the attorneys in the Morgan & Morgan Complex Litigation Group.  A description of the qualifications of the attorneys in the Morgan & Morgan Complex Litigation Group working on the present matter is

1

attached hereto as **Exhibit 1**. This description includes detail regarding my experience and qualifications to serve as co-lead class counsel.

5.      To highlight some of my qualifications, I have focused my practice on consumer class actions on behalf of plaintiffs since 2005, and in that time I have been appointed as class counsel in a number of cases, including recently *In re Black Farmers Discrimination Litigation*, Misc. No. 08-ML-0511-PLF (District Court for the District of Columbia), a case resulting in a $1.2 billion settlement for farmers subjected to discrimination by the USDA. I have also recently been appointed as Co-Lead Class Counsel in *Algarin v. Tivoli Community Developers, Inc.*, Case No. 2008-CA-000193-O (Florida 9th Circuit Court, Orange County), a case involving a class of homeowners alleging they had been misled into purchasing homes located on a former WWII bombing range and as Co-Lead Class Counsel in *Lieber v. Bank of America, N.A.*, Case No. 2012-3622-CI-91S (Florida 6th Circuit Court, Pinellas County), a case involving allegations of unlawful debt collection activity. I previously served as a member of the Plaintiffs' Steering Committee in the case of *In Re: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation*, MDL No. 2116 (Eastern District of Louisiana). I am an experienced class action attorney who has each successfully litigated complex class action cases, ranging from consumer protection class actions, substantial civil rights class actions, and numerous other class actions involving consumer products.

6.      I am a member of The Florida Bar and also admitted to practice in the State of New Jersey. I am a member of the United States Court of Appeals, Third Circuit; United States Court of Appeals, Fourth Circuit; United States Court of Appeals, Ninth Circuit; United States Court of Appeals, Eleventh Circuit; United States Court of Appeals, D.C. Circuit; United States District Court, District of Colorado; United States District Court, Middle District of Florida;

2

United States District Court, Northern District of Florida; and United States District Court, Southern District of Florida

  7.  If appointed as co-lead counsel in this matter, I will devote my time and energy to zealously prosecuting the interests of the named plaintiffs and putative class members in this Litigation. In addition, my firm stands ready to provide whatever resources are required for the prosecution of this case.

  I hereby declare under penalty of perjury that the foregoing is true and correct.

  Executed this 13ᵗʰ day of March, 2014 in Tampa, Florida.

         J. Andrew Meyer, Esq.

# Exhibit 1



Morgan & Morgan is a leading civil trial law firm representing accident and injury victims as well as consumers and commercial clients nationwide. With over 175 lawyers, and more than 1000 non-lawyer employees, Morgan & Morgan is the largest plaintiffs' firm in the State of Florida and one of the largest in the nation. Morgan & Morgan's principal office is in Orlando, Florida, with fully staffed offices throughout Florida and in Georgia, Mississippi, Tennessee, and New York. Morgan & Morgan's attorneys handle personal injury claims, including car accidents, workers compensation, medical malpractice, nursing home abuse, product liability, slip and fall, denial of insurance benefits, Americans with Disabilities Act claims, employment discrimination claims, collection harassment, Social Security claims, and general negligence.

In addition, Morgan & Morgan has a dedicated Complex Litigation Group staffed with lawyers committed to representing large numbers of individuals in MDL proceedings and class action cases throughout the country. For the case of *In Re: Collecto, Inc., Telephone Consumer Protection Act (TCPA) Litigation*, Case No. 14-md-2513-RGS (District of Massachusetts), Morgan & Morgan has assembled the following team of lawyers dedicated to representing the Plaintiffs and potential class members in an effort to obtain relief on their behalf:

***Scott Wm Weinstein***   Mr. Weinstein practices in Morgan & Morgan's Fort Myers, Florida office. Mr. Weinstein serves as the Managing Partner of the firm's Complex Litigation Group which consists of a Mass Torts division, a Quit Tam division, and a Consumer Class Action division. Mr. Weinstein handles mass tort litigation, consumer class action litigation and complex commercial litigation nationwide. Mr. Weinstein has broad experience and is nationally known in the areas of consumer protection, pharmaceutical and medical device litigation, and cases involving food-borne illnesses. He has served in leadership positions in many consumer class actions in State and Federal Courts around the country as well as in Multi-District Litigation where he was appointed Co-Lead and Liaison Counsel in the case *In re: Denture Cream Products Liability Litigation*, MDL No. 2051 (Southern District of Florida) and appointed to Plaintiffs' Steering Committees in numerous cases including *In re: Heparin Products Liability Litigation*, MDL No. 1953 (Northern District of Ohio); *In re: Digitek Products Liability Litigation*, MDL No 1968 (Southern District of West Virginia); *In re: Total Body Formula Products Liability Litigation*, MDL No. 1985 (Northern District of Alabama); *In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, MDL No. 2023 (Eastern District of New York); *In re: Chinese-*

*Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (Eastern District of Louisiana), and most recently, *In re Black Farmers Discrimination Litigation*, Misc. No. 08-ML-0511-PLF (District Court for the District of Columbia).

Mr. Weinstein was educated at the University of Florida, earning a B.S. degree in 1982 and a Juris Doctorate degree in 1985. He was inducted into Florida Blue Key while at the University of Florida. He currently serves as a member of the Florida Bar Board of Governors. He is Past President of the Lee County (Florida) Bar Association, Past Chair of The Florida Bar Grievance Committee "A" Twentieth Judicial Circuit, a member of the Twentieth Judicial Circuit Peer Review Committee, and Past President of the Naples/Fort Myers Chapter, American Board of Trial Advocates ("ABOTA"). He is "AV" rated by Martindale-Hubbell and in 2009 and 2010 was selected as a member of the "Florida Legal Elite."

**John A. Yanchunis** Mr. Yanchunis practices in Morgan & Morgan's Tampa, Florida office. He works in the firm's Complex Litigation Group and heads its Consumer Class Action division where he focuses his practice on consumer class action litigation. Prior to joining Morgan & Morgan in 2011, Mr. Yanchunis was a senior partner at James, Hoyer, Newcomer & Smiljanich & Yanchunis, P.A., where he managed the firm's nationwide consumer class action department.

Mr. Yanchunis is highly regarded nationally for his extensive involvement in class action cases. He has served as co-lead counsel in the successful prosecution of the two largest class action cases in the United States: Fresco v. Automotive Directions, Inc., Case No. 03-61063-JEM et al, and Fresco v. R.L. Polk, Case 0:07-cv-60695-JEM (Southern District of Florida). Additionally, he has served as lead, co-lead, or class counsel in numerous class actions in a wide variety of areas affecting consumers, including but not limited to anti-trust, defective products, life insurance, annuities and unfair and deceptive acts and practices.

Mr. Yanchunis is actively involved in his profession and has been honored with the prestigious "AV" rating by Martindale-Hubbell. In addition to his extensive class action experience, Mr. Yanchunis has represented The Florida Bar in many capacities, including as special counsel in the prosecution of individuals for The Unauthorized Practice of Law and as follow up in direct criminal contempt proceedings. He has also argued before the Florida Supreme Court on behalf of The Florida Bar on a number of occasions.

Mr. Yanchunis was a member of the St. Petersburg Bar Association (1996-2005) and served on its Executive Committee (1996-1998 and 2003-2005). He was also a member of the St. Petersburg Law Library Board of Trustees (1997-1998), and of the Sixth Circuit Committee on Professionalism. He is a former member (1997-2002) of The Florida Board of Bar Examiners (FBBE) and is presently an Emeritus Member. He served on many subcommittees of the FBBE including the Committee on Character and Fitness where he was a member (1998-2000) and Chair (2000-present), the Committee on Petitions where he was a member (1998-1999) and Chair (1999-2000), the Committee on

Budget (1999-present), the Committee on Questions (1998-present), the Committee on Abstracts of Practice where he was a member (1999-present) and Chair (2000-present), and Examination Grading (July 2000).  Mr. Yanchunis is presently a member of the Community Law Program of the St. Petersburg Bar Association.

Mr. Yanchunis is a member of The Florida Bar (admitted in 1981) and of The State Bar of Texas (admitted in 1980).  He received his Bachelor's degree from the University of Florida in 1976, and his Juris Doctor degree from the South Texas College of Law in 1980, where he graduated magna cum laude.

**_J. Andrew Meyer_**   Mr. Meyer is located in Morgan & Morgan's office in Tampa, Florida.  Mr. Meyer focuses his practice on consumer class action litigation. Prior to his joining Morgan & Morgan in 2009, Mr. Meyer was a partner at James, Hoyer, Newcomer & Smiljanich, a firm specializing in nationwide consumer class action cases. Prior to his association with the James Hoyer firm, Mr. Meyer was a partner with the law firm of Carlton Fields.  Mr. Meyer also served as a law clerk to the Honorable Chris W. Altenbernd of the Florida Second District Court of Appeal.

Mr. Meyer has prosecuted a number of putative nationwide class action cases on behalf of minorities, including cases alleging racial discrimination in the pricing of insurance, in the provision of home mortgage loans, and in the provision of farm loans, along with cases alleging discrimination in the employment context in violation of Title VII.  Mr. Meyer has also handled and continues to prosecute numerous consumer class actions, including cases concerning allegations of misconduct by insurance companies, banks, and product manufacturers and retailers.  Mr. Meyer has been appointed as class counsel for plaintiffs in several nationwide consumer class action cases, including *DeHoyos v. Allstate Insurance Company*, Civil Action No. 5:01-1010 (Western District of Texas), *Healey v. Allianz Life Insurance Company*, Civil Action No. 2:05-8908 (Central District of California), and *Hill v. Countrywide*, Case No. A-0178441 (Texas 58th District Court, Jefferson County).  Most recently, he has been appointed as class counsel in the case *In re Black Farmers Discrimination Litigation*, Misc. No. 08-ML-0511-PLF (District Court for the District of Columbia), a case resulting in a $1.2 billion settlement for farmers subjected to discrimination by the USDA.  He was also recently appointed co-lead counsel in *Algarin v. Tivoli Community Developers, Inc.,* Case No. 2008-CA-000193-O (Florida 9th Circuit Court, Orange County) and as Co-Lead Class Counsel in *Lieber v. Bank of America, N.A.,* Case No. 2012-3622-CI-91S (Florida 6th Circuit Court, Pinellas County).  Mr. Meyer has served as a member of the Plaintiffs' Steering Committee in the case of *In Re: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation*, MDL No. 2116 (Eastern District of Louisiana).

Mr. Meyer served as Editor of the Corporate Counsel Newsletter, American Bar Association Section of Litigation, Corporate Counsel Committee from 2002 to 2004.  He is Past Chair of the Florida Bar Unlicensed Practice of Law Committee "A" Sixth Judicial Circuit.  Mr. Meyer has published several legal articles including co-authoring "Petitions for Extraordinary Relief," Chapter 17, A Defense Lawyer's Guide to Appellate Practice (DRI) (2004); "Extraordinary Writs," Florida Civil Practice Before Trial,

Chapter 25, published by the Florida Bar (7th Ed. 2004); and "When It's Your Last Chance: Tips on Obtaining Discretionary Review," Vol. 27 No. 4, Litigation, 11 (Summer 2001).

Mr. Meyer was educated at the University of Florida, graduating in 1991 with a degree in Economics awarded with High Honors, and with a Juris Doctorate degree in 1995. While at the University of Florida, Mr. Meyer was inducted into Florida Blue Key and Phi Beta Kappa.

**Rachel L. Soffin**   Ms. Soffin practices in the area of consumer class action litigation in Morgan and Morgan's Tampa office. Ms. Soffin has prosecuted numerous state and federal class actions involving product manufacturers and retailers, deceptive trade practices, privacy violations, and insurance and banking disputes. Prior to joining Morgan & Morgan, Ms. Soffin served as in-house counsel for one of Florida's largest employee leasing companies.

Ms. Soffin obtained her undergraduate degree in Finance, with honors, from The Florida State University. While in college, Ms. Soffin worked at the Florida Legislature for three sessions, where she worked closely with government leaders. Ms. Soffin earned her law degree from Stetson University College of Law, cum laude, where she served as a Digest Writer on the Stetson Law Review and was published multiple times in that capacity.

Ms. Soffin is admitted to practice in the state courts of Florida and Georgia, and in the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, and the United States District Court for the Northern District of Georgia. Ms. Soffin has been designated by *Super Lawyers* as a "Florida Rising Star" in the fields of Class Actions and Mass Torts (2011-2013).

**Jonathan B. Cohen**   Mr. Cohen practices in Morgan & Morgan's Tampa, Florida office. As a member of the firm's Complex Litigation Group, Mr. Cohen focuses on consumer class action litigation. Before joining Morgan & Morgan in 2013, Mr. Cohen was a partner at James, Hoyer, Newcomer & Smiljanich, P.A., a firm specializing in the prosecution of nationwide consumer class actions and whistleblower (qui tam) complaints. Mr. Cohen has prosecuted a number of state and federal consumer class action cases involving deceptive trade practices. He also served as counsel for the court-appointed receiver in the matter of *Wiand v. Wells Fargo Bank, et al.*, Case No. 8:12-cv-557-T-27EAJ (Middle District of Florida).

Mr. Cohen earned his Bachelor of Arts degree in Journalism from Indiana University in 1996. Following a career in marketing and advertising, he relocated from Chicago, Illinois to St. Petersburg, Florida, where he attended Stetson University College of Law and earned his Juris Doctorate degree in 2005. During his tenure at Stetson, Mr. Cohen was an intern for the State Attorney's Office (Economic Crimes Unit), Thirteenth Judicial Circuit, Hillsborough County (2004), and for the Honorable

David A. Demers, Sixth Judicial Circuit of Florida (2004).  He also earned the book award for Consumer Protection from Professor Nick Cox (2004) and served as a research assistant to Professor Mark Bauer (2004-05).

Mr. Cohen is a member of the Florida Bar and the Florida Bar Foundation.  He is admitted to practice in the U.S. District Court for the Middle District of Florida, U.S. District Court for the Western District of Texas, U.S. District Court for the Western District of Wisconsin, U.S. District Court for the District of Colorado and U.S. Courts of Appeals for the First, Fifth and Eleventh Circuits.

**_Tamra Givens_**  Ms. Givens practices in the area of consumer class actions in Morgan and Morgan's Tampa office.  Ms. Givens obtained her undergraduate degree in psychology from the University of Florida, with honors, in 2000, and earned her law degree from the University of Florida, cum laude, in 2003.  During law school, Ms. Givens was a member of the Florida Law Review and published a case comment titled "Constitutional Law: Narrowing the Scope of the Fourth Amendment," 54 Fla. L. Rev. 567 (2002). Ms. Givens also completed an internship at the Florida Supreme Court where she served as an intern to Justice Harry Lee Anstead.

Prior to joining Morgan & Morgan, Ms. Givens was an associate at the law firm of James, Hoyer, Newcomer & Smiljanich, P.A., where she focused her practice on representing consumers in class action litigation.  She is a former law clerk to the Honorable James D. Whittemore, United States District Judge, United States District Court for the Middle District of Florida.

**_Sophia Lynn_**  Ms. Lynn practices in the area of consumer class actions in Morgan and Morgan's Tampa, Florida office.  Before joining Morgan and Morgan, Ms. Lynn earned her undergraduate degree in International Studies and Spanish from Guilford College in Greensboro, North Carolina, with honors. While in college, Ms. Lynn was selected for the Who's Who Among American Colleges and Universities Award in 2002-2003, and was also selected to become a conflict meditation trainer and facilitator for the college.  Ms. Lynn earned her law degree from Stetson University College of Law and M.B.A from Stetson University, cum laude, where she served as Vice President of Equal Justice Works and Chair of the International Law Society, and was recognized with the William F. Blews Pro Bono Service Award for her commitment to Public Service. While a Stetson, Ms. Lynn was also inducted into the legal fraternity of Phi Delta Phi, served as the research assistant to the Academic Dean, interned for the Honorable William P. Levens, Thirteenth Judicial Circuit of Florida, and served as a law clerk for the law firm of Fowler White Boggs & Banker, P.A.

Prior to joining Morgan & Morgan, Ms. Lynn practiced White Collar criminal defense and complex civil litigation with the Lauro Law Firm, where she focused her practice on high-profile healthcare fraud. Ms. Lynn also served as Assistant Public Defender for the Thirteenth Judicial Circuit of Hillsborough County, Florida where she successfully litigated juvenile, misdemeanor and felony jury trials. Ms. Lynn is also certified by the Florida Supreme Court as a County Court Mediator.