# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLLECTO, INC., TELEPHONE
CONSUMER PROTECTION ACT (TCPA)
LITIGATION

This Document Relates To:

ALL ACTIONS

MDL No. 14-md-2513-RGS

## DECLARATION OF SERGEI LEMBERG

Sergei Lemberg, Esq., declares under penalty of perjury that the following statements are true:

1. I am a 1997 graduate of Brandeis University with a degree in Economics and a Minor in Accounting, a 2001 graduate of University of Pennsylvania School of Law, and the principal of Lemberg Law LLC

2. Following graduation from law school and before starting Lemberg Law LLC, I held associate positions at Mintz Levin Cohn Ferris Glovsky and Popeo PC, Andrews Kurth LLP and Day Pitney LLP.

3. I am a member in good standing of the bars of Massachusetts, Connecticut, Georgia, New York and Pennsylvania. I am also admitted to practice before the First, Second, Third, Seventh, Ninth and Eleventh Circuit Courts of Appeal. I am admitted to practice before following Federal courts: the District of Massachusetts, the Eastern and Western Districts of Arkansas; the District of Connecticut; the Northern and Middle Districts of Georgia; the Northern, Central and Southern Districts of Illinois; the District of Maryland; the Eastern and Western Districts of Michigan; the Eastern District of Missouri; the District of Nebraska; the

Northern, Southern, Eastern and Western Districts of New York; the Northern District of Ohio; the Northern, Eastern and Western Districts of Oklahoma; and the Western District of Texas.

4. I am serving as co-lead counsel in the TCPA multi-district litigation entitled *In Re: Convergent Telephone Consumer Protection Act Litigation*, 13-md-02478, pending in the District of Connecticut. I have been certified as class counsel in the following cases: *Zimmerman v. Portfolio Recovery Assocs., LLC*, 276 F.R.D. 174 (S.D.N.Y. 2011) (largest FDCPA class verdict since the statute's enactment); *Seekamp v. It's Huge, Inc.*, 2012 WL 860364 (N.D.N.Y., Mar. 13, 2012) (automobile fraud class action on behalf of thousands of purchasers of fake insurance certificates – settlement pending); *Evon v. Law Offices of Sidney Mickell*, 688 F.3d 1015 (9th Cir. 2012) (settlement on class basis after remand); *Butto v. Collecto, Inc*, 290 F.R.D. 372 (E.D.N.Y. 2013) (class certified, settlement pending approval); *Douma v. Law Offices of Mitchell N. Kay P.C.*, 09-cv-9957 (S.D.N.Y., Judge Barbara S. Jones) (FDCPA); *Waiters v. Collection Tech., Inc.*, 10-cv-02514 (S.D.N.Y., Judge Richard J. Sullivan) (FDCPA). In addition, in the bankruptcy of Connecticut-based Chemtura Corporation, my firm successfully represented a class of almost 1000 former Chemtura employees, preserving their medical benefits under ERISA, worth over $25 million, as part of the company's reorganization plan. *In re Chemtura,* Bankr., S.D.N.Y. 09-11233.

5. My firm currently represents a number of lead plaintiffs in TCPA class actions. *See e.g., Horton v. Cavalry Portfolio Servs.*, 2013-cv-00307 (S.D. Cal.) (in mediation); *Fugere v. 1&1 Internet*, 2013-cv-01241 (S.D. Cal.) (in mediation); *Shiyan v. Lucille Roberts*, 2013-cv-01200 (S.D.N.Y.) (pending); *Reid v. IC Systems*, 12-cv-02661 (D. Ariz.) (pending).

6. Our reported decisions include: *Scott v. Westlake Servs. LLC*, 2014 WL 250251 (7th Cir., Jan. 23, 2014); *Hudak v. The Berkley Grp., Inc.*, 2014 WL 354666 (D. Conn., Jan. 23,

2014); *Zimmerman v. Portfolio Recovery Assocs., LLC*, 2013 WL 6508813 (S.D.N.Y., Dec. 12, 2013); *Pollard v. Law Office of Mandy L. Spaulding*, 2013 WL 4780078 (D. Mass., Sept. 9, 2013) (Stearns, J.); *Butto v. Collecto, Inc*, 290 F.R.D. 372, 395-396 (E.D.N.Y. 2013); *Evon v. Law Offices of Sidney Mickell*, 688 F.3d 1015 (9th Cir. 2012); *Seekamp v. It's Huge, Inc.*, 2012 WL 860364 (N.D.N.Y., Mar. 13, 2012); *Cerrato v. Solomon & Solomon*, 909 F.Supp.2d 139 (D. Conn. 2012); *Zimmerman v. Portfolio Recovery Assoc., LLC*, 276 F.R.D. 174 (S.D.N.Y. 2011).

7. I have been interviewed and asked to contribute on multiple occasions by the media regarding various matters on which I have worked, such as: Chanel 7 in Boston (Hank Phillipi Ryan), Boston Herald, the Connecticut Law Tribune, the Hartford Courant, the Sacramento Bee, NorthJersey.com, Newsweek, The Leader Herald, PatriotLedger.com, Law360, Texas Lawyer, ABC News, McClatchy, AOL Autos, Philly.com, the Los Angeles Times, Consumer Reports.org, Syracuse.com, Daily News, Harford Advocate.com, and MSN.com.

8. I am a contributing author of Connecticut Civil Complaints for Business Litigation (Lemon Law and Auto Defect Litigation).

9. In 2007, I was selected to and participated in a Connecticut-Russia Judicial exchange program. As part of the program I lectured on litigation and bankruptcy topics in Russia together with Superior Court Judges Jonathan Silbert and Barbara Bellis, and Bankruptcy Judge Alan H. W. Shiff.

10. Lemberg Law LLC has twenty employees, including seven full-time attorneys whose practice focuses on individual and class action consumer protections cases.

11. Jody B. Burton, Esq. received her J.D. from American University, Washington College of Law in 1993 and is admitted to practice law in Connecticut, New York, Pennsylvania, and Washington, D.C. Ms. Burton is also admitted to practice before the following Federal

courts: the Middle, Eastern and Western Districts of Pennsylvania, the District of Connecticut, the Northern, Southern and Eastern Districts of Texas, and the District Court for the District of Columbia. Since joining the firm, Ms Burton has zealously represented consumers in federal litigation nationwide.

12.     Stephen Taylor, Esq. received his J.D. from Tulane University Law School in 2007 and is admitted to practice in Connecticut and New York. Mr. Taylor is also admitted to practice before the following Federal courts: the District of Connecticut, the Northern, Southern and Eastern Districts of New York, and the Northern, Southern and Eastern Districts of Texas. Mr. Taylor has extensive experience with individual and class claims brought under the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act.

13.     Vlad Hirnyk, Esq. received his J.D. from Pace University School of Law in 2009 and is admitted to practice in Connecticut and New York. Mr. Hirnyk is also admitted to practice before the following Federal courts: the Northern, Southern, Eastern and Western Districts of New York, the Northern, Central and Southern Districts of Illinois, and the Western District of Michigan. Mr. Hirnyk focuses on federal litigation under the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act, as well as state Lemon Law and auto fraud statutes.

14.     Jenny DeFrancisco, Esq. received her J.D. from Brooklyn Law School in 2010 and is admitted to practice in Connecticut and New York. Ms. DeFrancisco is also admitted to practice before the following Federal courts: the District of Nebraska, the District of North Dakota, the Northern, Southern and Western Districts of New York, the Southern and Eastern Districts of Texas, and the District of Colorado. Ms. DeFrancisco focuses on individual and

class claims brought under the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act.

15. Amy Cueller, Esq. received her J.D. from Indiana University School of Law in 1989 and is admitted to practice in Indiana. Ms. Cueller is also admitted to practice before the Northern and Southern Districts of Indiana, and the Eastern and Western Districts of Wisconsin. Ms. Cueller focuses on federal litigation under the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act.

16. Irina Tsukerman, Esq. received her J.D. from Fordham University in 2009 and is admitted to practice in New York and New Jersey. Ms. Tsukerman focuses on federal litigation under the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act. Executed at Stamford, CT, on March 13, 2014.

_____
Sergei Lemberg, Esq.