UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation | Master No. 1:14-md-2513-RGS<br>Individual Case No. 1:14-cv-10478-RGS<br><br>This Document Relates To:<br>   All Member Actions |

**NOTICE OF APPEARANCE**

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT David C. Parisi hereby enters his appearance as counsel for record for Plaintiff John Lofton. All pleadings, discovery, correspondence and other material should be served upon counsel referenced above. Mr. Parisi requests to be added to the electronic service list to this case as dcparisi@parisihavens.com.

Respectfully submitted,

Dated: April 22, 2013					By:   s/David C. Parisi
						David C. Parisi
						PARISI & HAVENS LLP
						212 Marine Street, Suite 100
						Santa Monica, California  90405
						(818) 990-1299 (telephone)
						(818) 501-7852 (facsimile)
						dcparisi@parisihavens.com

## **CERTIFICATE OF SERVICE**

    I, David C. Parisi, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                                                                                                                                                                           _____s/David C. Parisi_
                                                                                                                                                                                                                         David C. Parisi