**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| IN RE: COLLECTO, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION | **MDL No. 14-md-2513-RGS** |
| This Document Relates To: | |
| ALL ACTIONS | |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Fed.R.Civ.P.26(c)(1), counsel for the Parties have conferred and hereby jointly move for an Order approving and adopting the Stipulated Protective Order attached hereto as Exhibit A (the "Proposed Order") to be binding on all parties in each of the actions consolidated in this matter.   The attached Proposed Order is necessary to protect the confidentiality of certain materials that have been produced or are likely to be produced in discovery by the Parties in the above-captioned matter.   In support of this Motion, the Parties state as follows:

1.      The Plaintiffs in the various actions consolidated in this matter have sued Defendant, Collecto, Inc., alleging that Defendant violated the federal Telephone Consumer Protection Act by placing debt collection calls to debtors' cell phones using an automated telephone dialing system, without the debtors' consent.   These various suits have been consolidated before this Court by the Federal Judicial Panel for Multidistrict Litigation and are now being prosecuted by lead counsel for Plaintiffs and Defendant as appointed by this Court.

2.      Plaintiffs have requested or intend to request, by way of document requests and interrogatories that Defendant, Collecto, Inc., provide certain non-public information

1

relating to, among other things, Defendant's internal and proprietary equipment and operations. Similarly, a Plaintiff in one of the constituent actions, John Lofton, has received from Defendant, Collecto, Inc. certain confidential documents and discovery responses by way of third-party discovery requests propounded in a separate action that is not one of the actions presently consolidated before this Court. The Parties agree, however, that these certain documents and discovery responses are relevant to the issues presented by the actions that are consolidated before this Court. Finally, the Parties anticipate that the Defendant may propound discovery requests on the Plaintiffs in the consolidated actions that call for the production of confidential information regarding the Plaintiffs.

3.      Federal Rule of Civil Procedure 26(c)(1) provides that where good cause is shown, the Court may enter "an order to protect a party or person from annoyance, embarrassment, oppression or undue hardship or expense . . . " See Fed.R.Civ.P. 26(c)(1). In the present case, the Parties believe the attached Stipulated Protective Order is necessary to protect the Parties from "annoyance, embarrassment, oppression or undue hardship or expense" that could result from the disclosure of trade secrets, proprietary business information, personal details, or other confidential information, as the case may be, to the public at large, without Court supervision and oversight.

4.      Paragraph 6 of the Proposed Order provides a mechanism by which any party may challenge the designation of any material as confidential and may seek de-classification of the material as confidential or seek disclosure of the material on such terms or conditions as the Court may establish.

5.      Endorsement of the Proposed Order attached hereto as Exhibit A is well

within the Court's power pursuant to Fed.R.Civ.P. 26(c)(1)(G).

    WHEREFORE, the Parties respectfully request that this Court endorse the Stipulated

Protective Order attached hereto as Exhibit A and enter it as an Order of this Court, and/or

take any other or further action as the Court deems just and proper.

Respectfully submitted,

Dated: July 23, 2014               By:    *s/J. Andrew Meyer*
                                     J. Andrew Meyer, Esq.
                                     Florida Bar No. 056766
                                     MORGAN & MORGAN
                                     Complex Litigation Group
                                     One Tampa City Center
                                     201 N. Franklin St., 7th Fl.
                                     Tampa, FL 33602
                                     Telephone: (813) 223-5505
                                     Facsimile: (813) 222-4787
                                     Email: ameyer@forthepeople.com

Dated: July 23, 2014               By:    *s/David C. Parisi*
                                       David C. Parisi, Esq.
                                     Calif. Bar No. 162248
                                     PARISI & HAVENS LLP
                                     212 Marine Street, Suite 100
                                     Santa Monica, California   90405
                                     Telephone:   (818) 990-1299
                                     Facsimile:   (818) 501-7852
                                     Email: dcparisi@parisihavens.com
                                     Co-Lead Counsel for Plaintiffs

Dated: July 23, 2014               By:    *s/Charles Messer*
                                       Charles Messer, Esq.
                                     Calif. Bar No. 101094
                                     David J. Kaminski, Esq.
                                     Calif. Bar No. 128509
                                     Stephen Watkins, Esq.
                                     Calif. Bar No. 205175
                                     CARLSON & MESSER LLP
                                     5959 W. Century Boulevard
                                     Suite 1214
                                     Los Angeles, CA 90045

3

Telephone:   (310) 242-2200
Facsimile:   (310) 242-2222
Email:   kaminskid@cmtlaw.com
Email:   MesserC@cmtlaw.com
Email:   WatkinsS@cmtlaw.com

Lead Counsel for Defendant Collecto, Inc.

## CERTIFICATION PURSUANT TO FED.R.CIV.P. 26(c)

I, J. Andrew Meyer, hereby certify that Co-Lead Counsel for Plaintiffs conferred with Lead Counsel for Defendant by email on July 22, 2014.   Defendant indicated that they are unopposed to the Proposed Order attached hereto as Exhibit A.

## CERTIFICATE OF SERVICE

I, J. Andrew Meyer, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/J. Andrew Meyer*
J. Andrew Meyer