UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLLECTO, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION<br><br>This document relates to: All Member Actions | ) MDL No. 14-md-2513-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR JUDICIAL NOTICE**

**SUPPORT OF MOTION TO STAY**

TO THE HONORABLE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant Collecto, Inc. ("Collecto") in the above-captioned action hereby requests that the Court take judicial notice of the following documents pursuant to F.R.E. 201.

Judicial notice is appropriate under Fed. R. Evid. 201(b) because the documents are of public notice and "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned". *Tovar v. Midland Credit Mgmt.*, 10CV2600 MMA MDD, 2011 WL 1431988 at *2 (S.D. Cal. Apr. 13, 2011). *See also United States v. Ayala*, 289 F.3d 16, 20 (1st Cir. 2002). "[C]ourts regularly take judicial notice of documents . . . that are administered by or publicly filed with the administrative agency." *Tovar*, 2011 WL 1431988 at* 2. *See also Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d 252, 257 (D.P.R. 2009)( "Given its status as an official United States agency website, I find that the USPTO website is a 'source[ ] whose accuracy cannot reasonably be questioned.'" ).

Judicial Notice of Exhibits A through I is proper because they are FCC public notices, third-party petitions, and other submission to the FCC on its TCPA regulations and decision-making authority. *See Green v. T-Mobile USA, Inc.* 2008 WL 351017 at *2 (W.D. Wa. 2008)(taking judicial notice of comments and petitions filed with the FCC).

A. A true and correct copy of Glide Talk's Petition for Expedited Declaratory Ruling, CG Docket No. 02-278, (October 28, 2013), available at http://apps.fcc.gov/ecfs/document/view?id=7520955735

B. A true and correct copy of Public Notice by the Consumer and Governmental Affairs Bureau seeking comment for Expedited Declaratory Ruling filed by Glide Talk, LTD, CG Docket No.02-278 (December 2, 2013).

C. A true and correct copy of YouMail, Inc.'s Petition for Expedited Declaratory Ruling, CG Docket No.02-278 (Apr. 19, 2013), available at

http://apps.fcc.gov/ecfs/document/view?id=7022288462

D. A true and correct copy of FCC Public Notice, Consumer and Governmental Affairs Bureau Seeks Comment on Petition for Expedited Declaratory Ruling from YouMail, Inc., CG Docket No. 02-278 (June 25, 2013), available at http://apps.fcc.gov/ecfs/document/view?id=7520925055.

E. A true and correct copy of Reply Comments of YouMail, Inc., In the Matter of YouMail Inc.'s Petition for Expedited Declaratory Ruling, CG Docket No. 02-278 (Aug. 9, 2013), available at http://apps.fcc.gov/ecfs/document/view?id=7520937226.

{00021293;1}

F.   A true and correct copy of Petition for Rulemaking of ACA International, CG Docket No. 02-278 (filed on February 11, 2014), available at http://apps.fcc.gov/ecfs/document/view?id=7521072801.

G.   A true and correct copy of Petition for Expedited Declaratory Ruling (filed on January 16, 2014) of United Healthcare Services, Inc., available at http://apps.fcc.gov/ecfs/document/view?id=7521066369

H.   A true and correct copy of an article by FCC Commissioner Michael O'Reilly published on the FCC's Official Blog at http://www.fcc.gov/print/node/64522.

I.   A true and correct copy of the August 1, 2014 letter submitted to the Chairman of the FCC by various members of Congress, available at http://www.ballardspahr.com/alertspublications/legalalerts/2014-08-07-tcpa-reform-gains-congressional-support.aspx

DATED: August 27, 2014                    CARLSON & MESSER LLP

                                          By: /s/ Charles R. Messer
                                              Calif. Bar No. 101094
                                              David J. Kaminski, Esq.
                                              Calif. Bar No. 128509
                                              Stephen Watkins, Esq.
                                              Calif. Bar No. 205175
                                              CARLSON & MESSER LLP
                                              5959 W. Century Boulevard, Suite 1214
                                              Los Angeles, CA 90045
                                              Telephone: (310) 242-2200
                                              Facsimile: (310) 242-2222
                                              Email: kaminskid@cmtlaw.com
                                              Email: MesserC@cmtlaw.com
                                              Email: WatkinsS@cmtlaw.com
                                              Lead Counsel for Defendant Collecto, Inc.

{00021293;1}