Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
Watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLLECTO, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION<br><br>This document relates to all Member Actions | ) MDL No. 14-md-2513-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ADAM P. SORINI, PH.D., CCFP IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Adam Sorini, certify and declare as follows:

1.  I am a Senior Scientist at Exponent, Inc. ("Exponent"), an engineering and scientific consulting firm headquartered at 149 Commonwealth Drive, Menlo Park, California 94025.

1

2.  I have personal knowledge of the facts set forth herein, or have gained knowledge of them from records provided by Defendant Collecto, Inc. d/b/a EOS CCA ("Collecto"), or my personal inspection of Collecto's operations.

3.  I am a salaried employee of Exponent. Exponent charges $250 per hour plus expenses for my work performed in connection with this case. I have received no additional compensation for my work in this matter. My compensation does not depend on the contents of this report, or any testimony I may provide, or the outcome of the case.

4.  I hold a B.S. degree in Physics from the University of Michigan, and M.S. and Ph.D. degrees in Physics from the University of Washington. I am a Certified Computer Forensics Professional ($ISC^2$ CCFP #519162). Prior to working at Exponent, I was a researcher at Lawrence Livermore National Laboratory and Stanford University. My professional resume is attached as Exhibit A.

5.  I work in the Electrical Engineering and Computer Science practice at Exponent where I have investigated, *inter alia*, numerous telephony systems and different types of electronic networks. I have investigated numerous failures of electronic devices such as cell phones and other mobile devices, printed circuit boards, and routers. In addition to failure analysis I have also performed research on cell phone cybersecurity and network connectivity components (such as SIM cards) in a professional capacity. I have published articles on a broad range of topics in electronics including telephone forensics. I have developed software for high performance computing applications and have utilized my software via parallel computing clusters at the SLAC National Accelerator Laboratory (previously known as Stanford Linear Accelerator Center), at the National Energy Research Scientific Computing Center, and at the Lawrence Livermore National Laboratory. I also have professional experience with computer,

network, and operating system forensics. Additionally, I have experience analyzing computer software that perform tasks such as anti-virus scanning, network file sharing, and network firewalling. I also have experience analyzing software and firmware for medical devices and other embedded systems such as pump controllers and GPS/radio systems.

6. Exponent has been retained by counsel for Collecto, Inc. ("Collecto") in the above-captioned matter to provide independent technical consulting services. In this regard, I have been asked to provide technical analysis of two telephone systems used by Collecto: 1) The "Noble System"; and 2) The "FACS/GC System". My analysis of these systems is described in more detail below.

7. I understand that the Telephone Consumer Protection Act (TCPA) has defined the term "automatic telephone dialing system" to mean "equipment which has the capacity—(A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers."

8. When numbers are produced by a number source, those numbers are considered "random" if the next number produced by the source is unrelated to the previous number. A number source producing telephone numbers is random if there is no rule or method that governs what number is produced next. For instance, the Merriam Webster dictionary online defines the term "random" as "without definite aim, direction, rule, or method."

9. Numbers produced by a number source are considered "sequential" if the numbers produced by the source follow a logical order. The Merriam Webster online dictionary defines the term "sequential" as "of, relating to, or arranged in a sequence." One example of a sequence of numbers generated by a sequential number generator is "1, 2, 3, 4, 5, …"

10. I am informed that calls in this case were made via a dialer manufactured by Noble Systems ("Noble Dialer") and managed by the Noble Maestro Software that is and was configured by Collecto to interface with its Flexible Automated Collection Software ("FACS"), and that calls were made by a GC Dialer manufactured by Ontario Systems ("GC Dialer").

11. I have reviewed documentation for the Noble Maestro Software, the FACS Software, and the GC Dialer.

**Calls via Collecto's Noble Dialer**

12. On July 28, 2015, I traveled to Tinley Park, IL to inspect the telephone system in use at Collecto's location at 8201 W. 183rd St, Suites I & J, Tinley Park, IL 60487-9220. I am informed that the Noble system at Collecto is representative of Collecto's telephone systems ("Collecto's Noble System").

13. Telephone numbers and other account data are imported into Collecto's Noble System by Collecto personnel to form calling lists.

14. Calling list entries are created by mapping certain account data into the lists.

15. Properly formed calling lists necessarily include specific names and data types. In particular, data names and data types other than just telephone numbers are necessarily present in properly formed calling lists. It is my understanding that Collecto's Noble System can only make calls to phone numbers that are present in properly formed calling lists.

16. As such, Collecto's Noble System can only make calls to numbers that are linked to other account data.

17. Additionally, Collecto personnel choose dialing filters to disallow dialing of certain telephone numbers based on account data criteria.

18. In conjunction with Collecto's Noble System, Collecto employees manage calling lists, telephone line assignment, and other organizational units on a day-to-day basis.

19. Collecto call-center employees log into Collecto's Noble System from their computer workstations in order to access the Collecto System dialer to initiate and receive calls.

**Calls via GC Dialer**

20. With respect to the GC Dialer, pools of account data are created based on account data in a database.

21. Pools are constructed from account data based on selection criteria chosen by the system user.

22. Just as with the Collecto's Noble System, the GC Dialer system only makes calls to numbers that belong to a pool of account data.

**No Random or Sequential Dialing**

23. The phone numbers used by the Noble dialer are not produced sequentially.

24. Calling lists can be ordered according to properties specified manually during calling list creation. The numbers produced do not follow any logical order. Thus, the calling list used by Collecto is not a sequential list of telephone numbers.

25. Moreover, because deterministic criteria are employed to generate calling lists, these numbers are also not produced at random.

26. Further, the documentation of Collecto's Noble system I reviewed does not disclose any discernible capability to generate random or sequential telephone numbers. I performed methodical review of the documentation using search strings to confirm my findings.

27. Similarly, in my review of the FACS/GC documentation, I did not find any evidence that the GC system has any option available or capability to produce a sequential list of telephone numbers.

28. Additionally, calling lists used with the GC Dialer are generated based on ordering by account attributes other than telephone numbers.

29. Therefore, the order of telephone numbers in those calling lists is not sequential. Because telephone numbers are added to a GC Dialer call list using a deterministic algorithm, these numbers are also not produced at random. As such, telephone numbers that are dialed via the GC Dialer are not generated using a random number generator or a sequential number generator.

30. Based on my review of the documentation for the Noble System and FACS/GC System, and on my on-site inspection, I concluded the following: (a) the Noble system as configured and used by Collecto does not include a capability to generate random or sequential telephone numbers; (b) the documentation of FACS/GS System does not disclose any discernible capability to generate random or sequential telephone numbers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of August 2015 in Menlo Park, CA.

_____
Adam Sorini