**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: COLLECTO, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION** | **MDL No. 14-md-2513-RGS** |
| **This Document Relates To:** | |
| **ALL ACTIONS** | |

**SUPPLEMENTAL DECLARATION OF RANDALL A. SNYDER**

I, Randall A. Snyder, hereby declare as follows:

1.        My name is Randall A. Snyder. I am an adult over the age of 18 and a resident of the state of Nevada. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2.        I am an independent telecommunications technology consultant and reside at 8113 Bay Pines Avenue, Las Vegas, Nevada, 89128. I have been retained by Parisi and Havens LLP and Morgan & Morgan, PA in the matter *In re: Collecto, Inc., Telephone Consumer Protection Act (TCPA) Litigation*, MDL No. 1:14-md-2513-RGS (D. Mass.) to provide my expert opinions relating to technology described within the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") and the claims by Plaintiffs that defendant Collecto, Inc. ("Collecto" or "Defendant") maintains an Automatic Telephone Dialing System ("ATDS") as defined within the TCPA and used such equipment when telephoning Plaintiffs.

3.        My opinions in this Supplemental Declaration are based on my education, knowledge, experience, expertise, training and my review of the following documents listed in Table 1 below.

**Table 1 – Documents Reviewed**

| DOCUMENT |
| --- |
| *In re: Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation*, MDL No. 14-md-2513-RGS (D. Mass.), Responses to Plaintiffs' Third Set of Requests for Admissions |
| *In re: Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation*, MDL No. 14-md-2513-RGS (D. Mass.), Declaration of Ellis K. Cave in Support of Motion for Summary Judgment |
| *In re: Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation*, MDL No. 14-md-2513-RGS (D. Mass.), Memorandum in Support of Motion for Summary Judgment |
| *In re: Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation*, MDL No. 14-md-2513-RGS (D. Mass.), Rule 56.1 Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment |
| *In re: Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation*, MDL No. 14-md-2513-RGS (D. Mass.), Supplemental Responses to Plaintiffs' Third Set of Requests for Admissions |
| Deposition Transcript of Randall A. Snyder (August 6, 2015) |
| Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") |
| Federal Communications Commission ("FCC") Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated October 16, 1992 |
| FCC Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated July 3, 2003 |
| FCC Declaratory Ruling in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 Request of ACA International for Clarification and Declaratory Ruling dated January 4, 2008 |
| *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946 (9th Cir. 2009) |
| FCC Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated February 15, 2012 |
| FCC Notice of Proposed Rulemaking in the Matter of the Middle Class Tax Relief and Job Creation Act of 2012, Establishment of a Public Safety Answering Point Do-Not-Call Registry dated May 22, 2012 |
| FCC Declaratory Ruling in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, SoundBite Communications, Inc. Petition for Expedited Declaratory Ruling dated November 29, 2012 |
| FCC Declaratory Ruling and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated July 10, 2015. |

4.      I have over 30 years of experience in telecommunications network and system

architecture, engineering, design and technology. I am an expert in the fields of both landline and wireless telecommunications networking technology. A copy of my *curriculum vitae* is attached to this Declaration. I have been retained as a testifying or consulting expert in over 110 cases regarding cellular telecommunications technology, including 75 cases regarding the TCPA and associated regulations. In addition, I have been retained as an expert by both plaintiffs and defendants in cases regarding the TCPA.

5.      I have taught many classes and seminars on both landline and wireless telecommunication network technologies and have been a panelist and speaker at numerous conferences at the Institute of Electrical and Electronics Engineers ("IEEE"), the Personal Communication Society ("PCS") and the CTIA, formerly known as the Cellular Telecommunications and Internet Association as an expert in telecommunication networks. I spent seven years developing standards within the American National Standards Institute's subsidiary organization, the Telecommunications Industry Association ("TIA"), providing technical contributions and authoring and editing telecommunications proposed standards documents. Most notably, I authored and oversaw the standardization of Interim Standard 93, providing interconnection technology between landline and wireless networks, which is a fully accredited national standard of the American National Standards Institute ("ANSI"). I am the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. I have been issued 28 patents myself on telecommunications networking technology and currently have five additional published patents pending. I have also authored several articles on telecommunications technology and have been quoted numerous times in industry trade publications. I have been hired as a consultant by the CTIA, as well as by many

landline and wireless telecommunications companies, including Bell Laboratories, McCaw

Cellular, AirTouch, AirTouch International, AT&T Wireless, AT&T Mobility, Lucent, Nokia,

Ericsson, Motorola, Samsung, Siemens, Nextwave, MCI, Daewoo, Globalstar, T-Mobile, Sprint,

U.S. Cellular, Teleglobe Canada, Teledesic and other telecommunications technology vendors

and service providers. I was also nominated in 2006 for a National Television Arts Emmy Award

for Outstanding Achievement in Advanced Media Technology for unique wireless content

distribution technology I designed while employed at Entriq, Inc. Still more detail, as well as

details of publications that I have authored or co-authored within at least the past 10 years, are

provided in my attached *curriculum vitae* (a true and correct copy of which is attached hereto as

Exhibit 1) along with a list of cases where I served as a testifying or consulting expert and my

standard rate sheet. I am being compensated at the rate of $450 per hour for my study, analysis

and testimony in this case.

## INTRODUCTION

6.      I previously submitted an expert Declaration in this matter on July 10, 2015 in

which I expressed the opinions that Collecto employed multiple ATDS's as defined within the

TCPA to make automatic calls to cellular telephone numbers, including to the cellular telephone

numbers used by the Plaintiffs.

7.      I understand that Mr. Ellis Cave contends that (i) by 1988, predictive auto-dialers

that called telephone numbers that were retrieved from databases were in wide-spread use by

banks, creditors and other businesses; and (ii) older technology auto-dialers that called telephone

numbers that were generated by a random or sequential number generator were never utilized by

banks or creditors.

8.      I understand that Defendant Collecto contends in its pending motion for summary

judgment that Congress specified that an ATDS must include a number generator and implicitly approved (or at least did not make unlawful) the use of predictive dialers that did not use number generators.

9.     In my deposition, I was asked a hypothetical question about what opinions I would have concerning various ATDS's had the FCC not issued any TCPA regulations. In response, I stated that I would have no opinions. (*Cf*. Collecto SOF 56 (citing Snyder Depo. 135:24-25, 136:1-23).) Collecto's statement of facts omits pertinent portions of the question from Collecto's counsel, namely that the question related to a hypothetical situation in which the FCC still had the authority to interpret the TCPA:

> Q:  Now, I would like to ask you a hypothetical question about this. If we could time travel this case back fifteen years to the year 2000, at a time when the TCPA had been enacted, but there were no regulations.
>
> …
>
> Q:  I want to time travel this case back to the time between enactment and the first FCC rules on clarifying or interpreting what an ATDS is.
>
> A:  I'm not an expert on FCC regulations and rules. I'm not a lawyer. All I can do is look at the latest definitions issued by them and see if it matches with technology that I'm analyzing.
>
> I can't time travel back, I'm not providing opinions on a case back ten or fifteen years. I really can't answer any of your questions that relate to that kind of hypothetical.

(Snyder Depo. 134:4-7, 135:5-15.)

10.    Based on this question, I understood Collecto to ask what my opinion would be in the hypothetical situation where the FCC had not interpreted the definition of an ATDS under 47 U.S.C. §227(a)(1). In the hypothetical situation described in my deposition, where the FCC had not interpreted the meaning of an ATDS, I would not have an opinion on what constitutes an ATDS until I could review the FCC's interpretation.

11.     In the hypothetical situation described in Collecto's motion for summary judgment, where the FCC did not have authority to interpret the definition of an ATDS under 47 U.S.C. §227(a)(1), I am now able to offer an opinion as I was requested to do so by Plaintiffs' counsel for this Supplemental Declaration.

12.     In that hypothetical situation, my opinion would still be that Collecto's automatic dialing systems, *i.e.*, the Guaranteed Contacts ("GC") dialer, the Noble Systems dialer, the SoundBite dialer and the LiveVox dialer were all automatic telephone dialing systems under the TCPA. The reason is that not only do each of these systems store telephone numbers to be dialed and automatically dial those stored numbers, each of these systems has the capacity to produce numbers to be called using a random number generator and to store and automatically dial those numbers.

13.     I did not know or understand that Collecto contended that the FCC lacked the authority to interpret the definition of an ATDS under 47 U.S.C. §227(a)(1) until Collecto filed its motion for summary judgment. My prior opinion relies on the FCC's interpretations of the definition of an ATDS under 47 U.S.C. §227(a)(1). Based on my review of the relevant documents and the facts described below, even under the hypothetical situation in which the FCC did not have authority to interpret the definition of an ATDS under 47 U.S.C. §227(a)(1), it remains my expert opinion that the calls made by Collecto to the Plaintiffs' cellular telephones were made using an ATDS as defined within the TCPA. I base this opinion on my knowledge, education, experience, expertise, training and on the evidence I have reviewed.

**THE DEFENDANT'S ADMISSIONS**

14.     Collecto uses two on-premise dialing systems: the Noble dialing system and the Guaranteed Contacts ("GC") dialing system. Collecto also uses two third-party hosted dialing

systems: the SoundBite dialing system and the LiveVox dialing system. These dialing systems are used for the purpose of making automatic debt collection calls to consumers *en masse*.

15.     The Defendant admits that its Noble dialer is probably capable of dialing more than *two thousand* telephone numbers per hour. (Exhibit 2, 5:20-22.)

16.     The Defendant admits that its GC dialer is probably capable of dialing more than *two thousand* telephone numbers per hour. (Exhibit 2, 6:20-22.)

17.     The Defendant admits that its hosted SoundBite dialer is probably capable of dialing more than *two thousand* telephone numbers per hour. (Exhibit 2, 6:7-8.)

18.     The Defendant admits that its hosted LiveVox dialer is capable of dialing more than *two thousand* telephone numbers per hour. (Exhibit 2, 7:6-7.)

## MR. CAVE'S CONTENTIONS

19.     Mr. Cave opines at length regarding the history of automatic telephone dialing systems prior to enactment of the TCPA. In fact, he readily admits that "Exhibit 34 (Norwich patent, 1976) generally describes a technology that allowed an auto-dialer to call telephone numbers that were stored in a database." (Exhibit 3, Cave Decl., ¶12.) Furthermore, he readily acknowledges that database auto-dialers were first marketed in the 1970's and were commonly used by banks and creditors by 1985. (Exhibit 3, ¶12.) I have no reason to dispute Mr. Cave's opinions regarding the history of automatic telephone dialing systems.

20.     I do note that Mr. Cave has performed no analysis of the Defendant's automatic dialing systems, provided no opinions as to whether the Defendant's automatic dialing systems qualify as ATDS's within the TCPA and refutes none of my opinions—primarily that Collecto employed multiple ATDS's as defined within the TCPA to make automatic calls to cellular telephone numbers, including to the cellular telephone numbers used by the Plaintiffs.

21.     The TCPA prohibits unsolicited voice and text calls to cellular telephone numbers using an "automatic telephone dialing system" ("ATDS"), which the statute defines as "equipment which has the capacity – (i) to store or produce telephone numbers to be called, using a random or sequential number generator; and (ii) to dial such numbers."

22.     In my capacity as a telecommunications technology expert witness, one of my tasks is to apply my software and technology expertise to the specific use of technological terminology that may appear within a statute or law. The definition of an ATDS has such terminology within it, and one of my tasks in this case is to analyze the actual equipment used to make telephone calls and provide my expert opinion of whether that equipment qualifies as an ATDS within the TCPA.

23.     The definition of an ATDS within the TCPA certainly states that in order for equipment to qualify as an ATDS within the TCPA, it must first have the capacity to *store* or *produce* telephone numbers to be called. If the numbers are produced within the equipment rather than stored there, then those numbers may be generated randomly or sequentially. If the numbers are stored within the equipment, it is my opinion that they must be stored there using programmatic database or memory access functions; not using number generation functions. Number generation functions are entirely distinct from, and mutually exclusive to, database and memory storage functions. In fact, it is technological nonsense to apply the computer function of random or sequential number generation to the act of storing numbers in computerized equipment.

24.     Mr. Cave freely admits that, in his experience as Vice President of Research & Development for TBS between 1978 and 1988, "All of our auto-dialers were designed to call telephone numbers that were stored in, and retrieved from, databases." (Exhibit 3, ¶13.) "All of

TBS's auto-dialers that it marketed from 1983 until 1989 were predictive dialers that called telephone numbers that were retrieved from databases." (Exhibit 3, ¶14.)

25.     It is evident that the definition of an ATDS within the TCPA applies to the types of automatic dialing systems that existed at the time the TCPA was enacted. In fact, it makes no sense for the technological definition of an ATDS to exclude equipment that automatically dials numbers from a database or memory storage because by 1988, as Mr. Cave purposefully noted, these types of ATDS's "were in wide-spread use by banks, creditors, and other businesses." (Exhibit 3, ¶16.)

26.     In fact, the United States Court of Appeals for the Ninth Circuit quoted my name and expert report in the case of *Satterfield v. Simon & Schuster, Inc.* and agreed with my opinion that from the called party's perspective of receiving unsolicited calls, "[t]he use of stored numbers, randomly generated numbers or sequentially generated numbers used to automatically originate calls is a technical difference without a perceived distinction…" (*Satterfield v. Simon & Schuster, Inc.,* 569 F.3d 946, 951 (9th Cir. 2009).)

**THE DEFENDANT'S CONTENTIONS**

27.     Collecto contends that "Congress specified that an ATDS must include a number generator and implicitly approved (or at least did not make unlawful) the use of predictive dialers that did not use number generators." (Exhibit 4, p.10 of 23.)

28.     This contention clearly implies that predictive dialers, *e.g.*, the Noble, GC, SoundBite and LiveVox dialers in this case are not ATDS's as defined within the TCPA and that these systems do not have the *capacity* to generate random numbers that can then be automatically dialed.

29.     On the contrary, predictive dialers in general, as well as those dialing systems at

issue in this case, certainly have the capacity to generate random numbers. And, in fact, these computerized systems do maintain the mathematical function to generate such numbers.

## COLLECTO'S DIALERS CAN AND DO GENERATE RANDOM NUMBERS

30.     When evaluating the issue of whether computer equipment qualifies as an ATDS, the TCPA's definition clearly focuses on whether the equipment has the *capacity* "to store or produce telephone numbers to be called, using a random or sequential number generator." Accordingly, a system need not actually store, produce or call randomly or sequentially generated telephone numbers, it need only have the capacity to do so.

31.     Within the context of computer systems, the concept of random number generation is, in actuality, what's known in the industry as *pseudorandom* number generation. Pseudorandom number generation refers to the fact that a computational algorithm is used to generate what appear to be "random" numbers. Although these mathematical algorithms can produce billions of numbers in sequence that are seemingly random, they use a small initial *seed* numerical value to initiate the algorithm to begin generating those seemingly random numbers. However, the entire sequence of numbers can be easily reproduced if the seed number becomes known and is then again applied to the algorithm. In this sense, the generated numbers are not "truly" random; hence, they are technically termed pseudorandom. To avoid confusion, I will use the more common term "random" number generator.

32.     Random number generators are either already incorporated or can be incorporated into all computers and computerized devices. The most common example is Microsoft's® Excel® spreadsheet program which is commonly used to generate random numbers using the RAND function. This spreadsheet program is commonly used in enterprise's worldwide and certainly can be incorporated into any automatic telephone dialing system, any predictive dialing system

and as part of the Noble, GC, SoundBite and LiveVox automatic dialing systems.

33.     Other common examples of random number generators that are incorporated in computer systems, including Collecto's predictive dialers, are those that comprise functions for security, encryption and authentication. Any security function that exists within the Noble, GC, SoundBite and LiveVox automatic dialing systems necessarily incorporates a random number generation function. Examples of these functions are secure communications among the dialing system components, secure passwords to access the dialing system components, secure data encrypted within the dialing system databases and components and user authentication.

34.     Exhibit 5 shows example functions within the Noble Systems automatic dialing system including password encryption, encryption of sensitive data and secure socket layer (SSL) encrypted communications. Each of these functions uses a random number generator and could not function properly without it.

35.     Exhibit 6 shows example functions within the LiveVox automatic dialing system including a secure encrypted database and the encrypted secure file transfer protocol (SFTP). Each of these functions uses a random number generator and could not function properly without it.

36.     Exhibit 7 shows example functions within the SoundBite automatic dialing system including two-factor authentication, encrypted data and encrypted file transfer. Each of these functions uses a random number generator and could not function properly without it.

37.     Exhibit 8 shows example functions within the GC automatic dialing system including encrypted and protected database files. This function uses a random number generator and could not function properly without it.

38.     Since Collecto's automatic dialing systems (*i.e.*, Noble, GC, SoundBite and

LiveVox) can store telephone numbers in, and dial telephone numbers from, memory storage or a database, telephone numbers that are produced using the random number generation function within those dialing systems can also be stored in, and dialed from, memory storage or a database.

39.     Based on my knowledge, education, experience, expertise, training and the facts described above, it is my expert opinion that Collecto's automatic dialing systems (*i.e.*, Noble, GC, SoundBite and LiveVox) each has the capacity to generate random numbers.

## SUMMARY OF OPINIONS

40.     In my previous Declaration of July 10, 2015, I provided a detailed analysis of the Defendant's equipment used to make automatic calls to cellular telephone numbers. I thoroughly analyzed the functionality, capabilities and capacity of the automatic dialing systems employed and utilized by Collecto to automatically dial cellular telephone numbers in this case.

41.     Collecto admitted that each dialer they used was "probably" capable of dialing over a thousand calls an hour.

42.     Each dialing system used by Collecto was capable of automatically dialing telephone numbers stored within their respective systems.

43.     Mr. Cave has provided no analysis of the dialing systems in this case, rendered no opinions regarding whether the dialing systems in this case qualify as ATDS's within the TCPA and has refuted none of my opinions. However, he readily and freely admits that predictive dialing systems capable of dialing telephone numbers stored within those systems existed prior to the enactment of the TCPA, as did systems that automatically dialed telephone numbers that were randomly or sequentially generated.

44.     It is evident that the definition of an ATDS within the TCPA applies to the types

of automatic dialing systems that existed at the time the TCPA was enacted. In fact, it makes no sense for the technological definition of an ATDS to exclude equipment that automatically dials numbers from a database or memory storage because by 1988, as Mr. Cave purposefully noted, these types of ATDS's "were in wide-spread use by banks, creditors, and other businesses."

45.     The Defendant incorrectly contends that to qualify as an ATDS, the equipment must include a number generator and predictive dialers that did not use number generators do not qualify as ATDS's. Even if this were the case, Collecto's predictive dialing systems each has the capacity to generate random numbers, store those numbers and dial those numbers.

46.     Therefore, based on my knowledge, education, experience, expertise, training and my review of the documents cited in my previous Declarations and this Supplemental Declaration, my expert opinion was, and still is, that Collecto employed and utilized multiple ATDS's – which have the capacity – (i) to store or produce telephone numbers to be called, using a random or sequential number generator; and (ii) to dial such numbers.

47.     My opinions in this Supplemental Declaration are based upon extensive experience in the telecommunications industry and a detailed understanding of telecommunications systems and automatic telephone dialing systems within the telecommunications industry. I hereby reserve the right to supplement or modify my opinions detailed in this report to the extent that new information is made available through discovery or other means.

I declare that the foregoing is true and correct subject to the laws of perjury of the United States of America.

Executed in Las Vegas, Nevada, on this 23rd day of October, 2015.

_____
Randall A. Snyder

# EXHIBIT 1

# Randall A. Snyder
# Curriculum Vitae

## Professional Summary

Randall Snyder is a recognized expert in wireless and cellular telecommunications technology, executive manager and leader, designing, developing, marketing and managing mobile telecommunication system and software products. He has over 30 years of experience specializing in wireless telecommunications technology, network architecture, design, system engineering, marketing and product management. He is a reputable leader and strategic developer with a successful background building startups. He is skilled presenter, communicator, and educator with success impacting organizational performance, corporate reputation and increasing sales. Mr. Snyder is results-oriented, highly organized and creatively focused on adhering to organizational missions and philosophy while designing best-of-breed mobile technology solutions. He has extensive travel experience to Asia-Pac, Latin America and Europe supporting engineering, sales and marketing and has familiarity with wireless network operators and manufacturers worldwide. Mr. Snyder has several years of wireless technology standards development experience and has been issued 28 patents related to wireless telecommunications technology. Mr. Snyder has also been retained as an expert witness in over 100 legal cases involving wireless telecommunications technology.

## Expertise

- **Business Relations**: Seminars, Sales Presentations and Sales Engineering

- **Legal**: Provisional and Patent Applications, Subject Matter Expert Consultant, Expert Witness and Testimony, Litigation Support, Sales and Vendor Contract Negotiations and Review, Qualified as an Expert in Federal District Court

- **Management**: Strategic/Tactical Planning, Product Management, Marketing Management, Operations Management, Competitive Analysis, Problem Resolution, Project Planning, Risk Management

- **Organizational**: P&L Management, Budget Planning, Expense Reduction and Cost Control

- **Technology**: Wireless Network Engineering, Design and Architecture, Multimedia Systems, Mobile Internet, Mobile Video, Mobile Marketing, mCommerce and Mobile Payments, Mobile Telecommunications Standards, 3G, UMTS, LTE, LBS, SMS, MMS, WAP, GSM, and ANSI-41 (CDMA) Networking, Signaling System No. 7 (SS7), Communications Protocols, Telephone Consumer Protection Act (TCPA), Automatic Telephone Dialing Systems (ATDS)

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy) |

**Randall A. Snyder
Curriculum Vitae**

## Professional Experience

From:           January 2007
To:             Present
Organization:   Wireless Research Services, LLC; Las Vegas, NV
Title:          President and Founder
Summary:        Responsible for consulting business, and revenue as well as being the principal consultant. Areas of subject matter expertise include mobile and cellular networking, 3G, LTE, UMTS, GSM, ANSI-41, LBS, SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in the area of system and product architecture, design, development, management and marketing as well as patent preparation and development, expert reports, expert testimony and litigation support. Expert witness and technology consultant for over 100 legal cases; authored over 85 expert reports for intellectual property cases, Telephone Consumer Protection Act (TCPA) cases and wireless technology litigation cases.

Notable Case:

- Personally cited by United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings citing this case that text messages are calls as defined by the TCPA and dialing numbers from a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

From:           September 2007
To:             August 2010
Organization:   Finsphere Corporation; Bellevue, WA
Title:          Vice President Product Management & Wireless Engineering
Summary:        Was among the first handful of employees at Finsphere prior to Series A funding. As vice president of product management and wireless engineering and a member of the executive management team, was responsible for product management activities and wireless technology solutions for Finsphere's products. These products encompassed mobile location based software-as-a-service (SaaS) products offered primarily to financial institutions and banks. Responsibilities included product requirements and system functionality, strategic planning, R&D of new technologies, wireless network interconnectivity as well as wireless technology for Finsphere's products. Was also responsible for market strategies, white papers and development and management of intellectual property and patent applications.

**Randall A. Snyder**
**Curriculum Vitae**

From:           May 2004
To:             April 2007
Organization:   Entriq, Inc.; Carlsbad, CA
Title:          Vice President Product Management
Summary:        Was responsible for the entire product management team and system architecture for
                Entriq's products and services. Products encompassed mobile and broadband pay
                media applications (specializing in video), digital rights management (DRM) and
                security solutions, e-commerce and m-commerce systems as well as ad management
                and delivery solutions for both broadband and mobile media services. Responsibilities
                also included network and protocol analysis, market analysis, evaluation of third-party
                software and services, all vendor contract negotiations, RFP responses and overall
                administrative responsibility for the entire product line. Was responsible for directing
                and managing the technical writing department producing all user documentation
                associated with the products. Was nominated for a National Television Arts and
                Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology
                for unique mobile technology designed, developed and commercially deployed as part
                of Entriq's solution.


From:           February 2002
To:             November 2003
Organization:   m-Qube, Inc. (acquired by Verisign); Boston, MA
Title:          Vice President Product Management and Carrier Marketing and Founder
Summary:        Was responsible for the entire product management and carrier marketing teams,
                member of the executive management team and one of the founders. Was responsible
                for all product management, system engineering and product strategy for all business
                conducted with the wireless industry and carriers. Was in charge of the market strategy
                and wireless network architecture for m-Qube's mobile marketing service, a value-
                added service offering mobile marketing solutions to wireless carriers using short
                message services (SMS) for GSM and CDMA networks. The service architecture
                enabled branded companies to deploy promotional marketing and messaging campaign
                dialogs with mobile subscribers via SMS. The network architecture required definition
                and design of all aspects of the overall network including SMS technology,
                interconnectivity to the wireless carriers, signaling, traffic management, market
                requirements for features and services, network equipment specifications and OA&M.


From:           April 2001
To:             February 2002
Organization:   Bitfone Corporation; Mountain View, CA
Title:          Vice President Product Management and Marketing
Summary:        Was responsible for the entire product management team and all of the company's
                product definitions, strategies and positioning. Had direct responsibility for market
                and product requirements, market research, competitive analysis, product strategy and
                sales strategy. Bitfone's products included the iBroker, a mobile Internet technology
                infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless

**Randall A. Snyder**
**Curriculum Vitae**

messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.

| | |
|---|---|
| From: | November 2000 |
| To: | April 2001 |
| Organization: | Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA |
| Title: | Executive Director Emerging Technologies |
| Summary: | Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies. |

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |

## Randall A. Snyder
## Curriculum Vitae

Title:          Executive Director Product Marketing and Management
Summary:

1998 – 1999     Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998     Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997     Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996     Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator

**Randall A. Snyder**
**Curriculum Vitae**

developed and marketed by AirLink Communications, Inc.

From:            December 1990
To:              April 1992
Organization:    AT&T Bell Laboratories; Whippany, NJ
Title:           Consulting Member of the Technical Staff
Summary:         Evaluated wireless technology services for the Wireless Systems Architecture group.
                 Also participated as a system engineer on the design of the Global System for Mobile
                 (GSM) communication architecture and a software engineer developing the base
                 station controller (BSC) for GSM. Also responsible for planning, coordinating,
                 designing and testing the SS7 protocol software for the GSM A-interface between the
                 BSC, MSC and operations and maintenance center (OMC). High-level and detailed
                 design specifications were developed to coordinate the protocol testing between two
                 remote laboratories. Provided the traffic analysis and traffic engineering of call traffic
                 for the BSC. Specifically designed and developed the dynamic traffic overload control
                 subsystem for the BSC. Presentations were given to technical staffs at multiple Bell
                 Laboratories facilities supporting this work.

From:            May 1987
To:              December 1990
Organization:    DGM&S, Inc.; Mt. Laurel, NJ
Title:           Senior Staff Consultant
Summary:         Responsible for the design, development and test coordination of an advanced
                 intelligent network applications platform for a service control point (SCP). Also spent
                 several years as a consulting software engineer for Siemens AG, developing and
                 testing SS7 and call control software for the EWSD digital switching system for
                 international as well as U.S. national network implementations. This work involved
                 extensive travel to both Frankfurt and Munich, Germany for software system design
                 and testing. Also involved in the concept, design and technical marketing of
                 proprietary enabling technology software products for SS7 and ISDN.

From:            May 1986
To:              May 1987
Organization:    ADP, Inc.; Mt. Laurel, NJ
Title:           Senior Software Engineer and Analyst
Summary:         Responsible for the design and development of data communications and real time
                 database application software for a host data center that provided real time financial
                 information to large brokerage houses. Data communication protocol expertise in
                 HDLC, RS-232 and IBM BiSync.

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

| | |
|---|---|
| From: | June 1984 |
| To: | May 1986 |
| Organization: | C3, Inc.; Cape May, NJ |
| Title: | Consulting Systems Analyst and Software Engineer |
| Summary: | Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software for shipboard use including inventory and law enforcement applications. The work included the follow-through of the entire project lifecycle including writing of requirements, functional, design and program specifications, coding, debugging, alpha and beta testing, release, shipboard installation and continuing technical support of the product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, for successful efforts on these projects. |

## Professional Affiliations, Achievements & Awards

- Personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced Media Technology, 2006

## Patents, Publications & Citations

### Issued Patents

| Patent | Date | Description |
|---|---|---|
| US 9,154,952 | 10/6/2015 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 9,092,803 | 7/28/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,954,102 | 2/10/2015 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 8,938,215 | 1/20/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,923,902 | 12/30/2014 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 8,839,394 | 9/16/2014 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 8,831,564 | 9/9/2014 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern |

**Randall A. Snyder**
**Curriculum Vitae**

| | | |
|---|---|---|
| | | Recognition |
| US 8,819,141 | 8/26/2014 | Centralized Mobile and Wireless Messaging Opt-out Registry System and Method |
| US 8,761,732 | 6/24/2014 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Israel 200949 | 1/10/2014 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| Mexico 308720 B | 12/4/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Geografica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 5/7/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 2/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/2/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 4/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 8/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 3/6/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 2/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 2/9/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 1/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 9/7/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 7/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 6,128,389 | 10/3/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 8/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

**Randall A. Snyder**
**Curriculum Vitae**

## Publications

1. <u>What Workers Want from Wireless</u> by Randall A. Snyder; April 15, 2004. America's Network, Advantar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. <u>Wireless Telecommunications Networking with ANSI-41 Second Edition</u>; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, current Chairman, Federal Communications Commission.*

3. <u>Forecasting SS7 Traffic</u> by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4. Gallagher, Michael D. and Snyder, Randall A. <u>Mobile Telecommunications Networking with IS-41</u>; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. <u>IS-41/GSM Interoperability</u> by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

## Citations

1. Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)

2. <u>Method and Apparatus for Routing Short Messages</u>, US Patent #6308075, Issued October 23, 2001.

3. <u>Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices</u>. Patent Application # 20020120779, August 29, 2002.

4. <u>Automatic In-Line Messaging System</u>, US Patent #6718178, Issued April 6, 2004.

5. <u>Method and System for Wireless Instant Messaging</u>, US Patent #7058036, Issued June 6, 2006.

6. <u>United States Court of Appeals for the Ninth Circuit</u>. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

**Randall A. Snyder
Curriculum Vitae**

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Bock & Hatch, LLC |
| Case Name: | Kozlow v. Shopkick, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Edelson PC |
| Case Name: | Suttles v. Mutual of Omaha Insurance Company |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Manchee & Manchee, PC |
| Case Name: | Gebray v. Ocwen Loan Servicing, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Invasion of Privacy Act (Penal Code §§ 630) class action related to unlawful recording of telephone conversations |
| Law Firm: | Keller Grover LLP and Law Offices of Scot D. Bernstein |
| Case Name: | Saunders v. Cabela's Incorporated |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Zeidel v. A&M (2015) LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |

## Randall A. Snyder
## Curriculum Vitae

Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Bailey & Glasser LLP
Case Name:               Phillips v. Mozes, Inc. et al.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to mobile location based technology and
                         short message service (SMS) technology
Law Firm:                Knobbe, Martens, Olson & Bear, LLP
Case Name:               TeleCommunication Systems, Inc. v. Airbus DS Communications, Inc.
Services Provided:       Testifying expert for defendant
Disposition:             Settled
Date:                    2015

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to machine-to-machine (M2M) mobile
                         technology
Law Firm:                Paul Hastings LLP
Case Name:               M2M Solutions LLC v. Novatel Wireless Solutions, Inc.
Services Provided:       Testifying expert, USPTO affidavits for patent reexamination for defendant
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Mazie Slater Katz & Freeman LLC
Case Name:               Meyer v. Bebe Stores Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Strategic Legal Practices, APC
Case Name:               Haghayeghi v. Guess Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2015

**Randall A. Snyder**
**Curriculum Vitae**

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Bailey & Glasser LLP
Case Name:             Stein v. Monterey Financial Services, Inc.
Services Provided:     Testifying expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Aronovitz Law
Case Name:             McKee v. Navient Solutions, Inc.
Services Provided:     Testifying expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Butsch Roberts & Associates, LLC
Case Name:             Moore v. Family Dollar Stores, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Bailey & Glasser LLP
Case Name:             Jones v. FMS Corp., U.S. Department of Education
Services Provided:     Testifying expert for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Tycko & Zavareei LLP
Case Name:             Reardon v. Uber Technologies, Inc.
Services Provided:     Testifying expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*

**Randall A. Snyder**
**Curriculum Vitae**

Type of Matter:        California Invasion of Privacy Act (Penal Code §§ 630) class action related to
                       unlawful recording of telephone conversations
Law Firm:              Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:             Roberts v. Wyndham International, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*
Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
Law Firm:              Paul Hastings LLP
Case Name:             Nova Transforma Technologies, LLC v. AT&T Mobility LLC
Services Provided:     Consulting expert, USPTO affidavits for patent reexamination for defendant
Disposition:           Settled
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Maney & Gordon, P.A.
Case Name:             Drew v. Ocwen Loan Servicing, LLC
Services Provided:     Testifying expert, expert reports, depositions, trial testimony for plaintiff
Disposition:           Plaintiff obtained statutory damages for willful TCPA violations
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Parisi & Havens LLP
Case Name:             Kleja v. Transworld Systems, Inc.
Services Provided:     Consulting expert for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Craig K. Perry & Associates
Case Name:             Spencer v. AT&T Digital Life, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Ongoing
Date:                  2014

*Expert Engagement:*
Type of Matter:        Material Breach of Contract
Law Firm:              Hogan Lovells USA LLP
Case Name:             IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse

| | |
|---|---|
| ■ | **Randall A. Snyder**<br>**Curriculum Vitae** |

Iusacell, S.A. de C.V.
Services Provided:     Testifying expert, expert reports for IBM México
Disposition:            Ongoing
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Butsch Roberts & Associates, LLC
Case Name:             In re: Life Time Fitness, Inc.
Services Provided:     Consulting expert for plaintiff
Disposition:            Settled
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Morgan & Morgan, P.A.
Case Name:             Cauchon v. Whetstone Partners, LLC, d/b/a eTitleLoan
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                  2014

*Expert Engagement:*
Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
Law Firm:              McGuireWoods LLP
Case Name:             Comcast Cable Communications, LLC v. Sprint Communications Company L.P.
Services Provided:     Consulting expert for defendant
Disposition:            Ongoing
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Caddell & Chapman
Case Name:             Hooker v. Sirius XM Radio, Inc.
Services Provided:     Consulting expert for plaintiff
Disposition:            Ongoing
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Lemberg & Associates LLC
Case Name:             Hamlett et al v. Santander Consumer USA Inc. et al
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:            Ongoing

### Randall A. Snyder
### Curriculum Vitae

---

Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Bock & Hatch, LLC
Case Name:              Kozlow v. Hangtime, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Parisi & Havens LLP
Case Name:              In re Collecto, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Parisi & Havens LLP
Case Name:              Lofton v. Verizon Wireless LLC
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Edelson PC
Case Name:              Birchmeier et al v. Caribbean Cruise Line, Inc. et al
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Keogh Law, Ltd.
Case Name:              Johnson v. Yahoo! Inc.
Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Settled
Date:                   2014

## Randall A. Snyder
## Curriculum Vitae

---

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Jacobs Kolton, Chtd. |
| Case Name: | Nunes v. Twitter, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Manning Law, PLLC |
| Case Name: | Manning v. Lendio, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Law Offices of Joseph R. Manning, Jr. |
| Case Name: | Vargem v. Tax Defense Partners, LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Steptoe & Johnson PLLC |
| Case Name: | Cain v. Monitronics, International, Inc. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful cellular telephone calls |
| Law Firm: | Mantese Honigman Rossman and Williamson, P.C. |
| Case Name: | Glassbrook v. Rose Acceptance, Inc. and First National Bank of America |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

> ## Randall A. Snyder
> ## Curriculum Vitae

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Kazerouni Law Group, APC
Case Name:           Iniguez v. The CBE Group, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2014

*Expert Engagement:*

Type of Matter:      California Invasion of Privacy Act (Penal Code §§ 630) class action related to
                     unlawful recording of telephone conversations
Law Firm:            Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:           McCabe v. Six Continents Hotels, Inc.
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Keogh, Cox & Wilson, Ltd.
Case Name:           Hetherington v. Omaha Steaks, Inc. and Omaha Steaks International, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Potter Handy, LLP
Case Name:           Potter v. Bank of America Corporation
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Lemberg & Associates LLC
Case Name:           Shiyan v. Lucille Roberts Health Clubs, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Withdrawn
Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls

## Randall A. Snyder
## Curriculum Vitae

| | |
|---|---|
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Meyer v. Receivables Performance Management LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Murray v. Bill Me Later, Inc. |
| Services Provided: | Consulting expert |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Creel v. GC Services, L.P. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and communication protocols |
| Law Firm: | White & Case LLP |
| Case Name: | Nokia Corporation v. Google Inc. |
| Services Provided: | Testifying expert for defendant |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Gomez v. Campbell-Ewald Company |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Horton v. Cavalry Portfolio Services LLC |

| | |
|---|---|
| | **Randall A. Snyder**<br>**Curriculum Vitae** |

| | |
|---|---|
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards, Fistos & Lehrman, P.L. |
| Case Name: | Legg v. Voice Media Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Edelson LLC |
| Case Name: | Sterk v. Path, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Francis & Mailman, P.C. |
| Case Name: | Dominguez v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing – in Appeal |
| Date: | 2013 – 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Smith v. Microsoft Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing – in Appeal |
| Date: | 2013 – 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Heyrich Kalish McGuigan, PLLC |
| Case Name: | Gragg v. Orange Cab Company, Inc. et al |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |

## Randall A. Snyder
## Curriculum Vitae

Disposition:        Dismissed
Date:               2013 – 2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Wooten, Kimbrough & Normand, PA
Case Name:          Murphy v. DCI Biologicals, LLC
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Kazerouni Law Group, APC
Case Name:          Sherman v. Yahoo! Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Dismissed
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt
                    Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful
                    cellular telephone calls
Law Firm:           Collins & Story, PA
Case Name:          Keen v. Delta Outsource Group, Inc.
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to short message service (SMS) technology
                    and mobile banking
Law Firm:           Panovia Group LLP
Case Name:          N5 Technologies, LLC v. Capital One, N.A. et al
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's
                    Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to
                    short message service (SMS) technology
Law Firm:           Hartmann and Kananen
Case Name:          Baird v. Sabre, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff

<div style="border:1px solid #000; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Disposition: | Dismissed |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Edelson LLC |
| Case Name: | Lee v. Stonebridge Life Insurance Company |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and multimedia message service (MMS) technology |
| Law Firm: | Baker Botts LLP |
| Case Name: | Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint Spectrum L.P., US Cellular Corporation |
| Services Provided: | Testifying expert, expert reports for defendants |
| Disposition: | Ongoing |
| Date: | 2012 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Wanca v. LA Fitness International, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Penn v. NRA Group, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Reed v. GC Services LP |
| Services Provided: | Consulting expert for plaintiff |

Disposition:          Settled
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             The Lavery Law Firm
Case Name:            Volpe v. Caribbean Cruise Line, Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Dismissed
Date:                 2013

*Expert Engagement:*
Type of Matter:       Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related
                      to unfair business practices and unlawful cellular telephone calls
Law Firm:             Williamson and Williams Law
Case Name:            Kids Northwest v. First Data Corporation
Services Provided:    Consulting expert for plaintiff
Disposition:          Ongoing
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             George Rikos Law
Case Name:            Van Patten v. Vertical Fitness
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California
                      Business and Professions Code § 17200 class action related to short message
                      service (SMS) technology
Law Firm:             Milberg LLP
Case Name:            D'Agostino v. Jesta Digital, LLC (dba Jamster)
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions
                      on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R.
                      § 64.1200(d)(3) class action related to unlawful cellular telephone calls
Law Firm:             Burke Law Offices, LLC
Case Name:            Benzion v. Vivint, Inc.
Services Provided:    Testifying expert, expert reports, depositions for plaintiff

<div style="text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Disposition:        Settled
Date:               2013

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           Lemberg & Associates LLC
Case Name:          Rutigliano v. Convergent Outsourcing, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Ongoing
Date:               2013

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Kazerouni Law Group, APC
Case Name:          Emanuel v. The Los Angeles Lakers, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Dismissed
Date:               2013

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Kazerouni Law Group, APC
Case Name:          Barani v. Wells Fargo Bank, N.A.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2013

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to wireless calling party identification
                    technology
Law Firm:           K&L Gates LLP
Case Name:          Cequint Inc. v. Apple Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2013

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           Donald A. Yarbrough, Esq.
Case Name:          Mais v. Gulf Coast Collection Bureau, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Dismissed on appeal
Date:               2013

| | |
|---|---|
| ■ | **Randall A. Snyder**<br>**Curriculum Vitae** |

---

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Manno v. Healthcare Revenue Recovery Group, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Wojcik v. Buffalo Bills, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Keim v. ADF Midatlantic, LLC (Pizza Hut) |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP |
| Case Name: | Connelly v. Hilton Grand Vacations Company, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for defendant |
| Disposition: | Dismissed |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kirby Law Group |
| Case Name: | Agne v. Papa John's International, Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2012 |

---

# Randall A. Snyder
# Curriculum Vitae

---

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and NY GBL 399-P class action related to unlawful calls |
| Law Firm: | Bellin and Associates LLC |
| Case Name: | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, discovery motions for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Bailey v. Household Finance Corporation et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Annoni v. FYISMS.com, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Schrock v. Wenner Media LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Summit Law Group |
| Case Name: | Kramer v. Autobytel, Inc. and B2Mobile, LLC |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2011 |

**Randall A. Snyder**
**Curriculum Vitae**

---

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al |
| Services Provided: | Testifying expert, USPTO affidavits for patent reexamination for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Griffith v. Consumer Portfolio Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Dobbin v. Wells Fargo Auto Finance, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Nelson Bumgardner Casto PC |
| Case Name: | Celltrace LLC v. AT&T Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | VanDyke v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action |

| | |
|---|---|
| ◼ | **Randall A. Snyder**<br>**Curriculum Vitae** |

related to unlawful calls

Law Firm:             Gordon & Rees LLP
Case Name:       Allen v. Rickenbacker Collection Services
Services Provided: Consulting expert for defendant
Disposition:       Undisclosed
Date:                 2009

*Expert Engagement:*

Type of Matter:   Intellectual property (trademarks) related to short message service (SMS)
                          technology
Law Firm:             Fish & Richardson P.C.
Case Name:       Cricket Communications, Inc. v. HipCricket, Inc.
Services Provided: Testifying expert, expert reports, depositions for plaintiff
Disposition:       Undisclosed
Date:                 2008 – 2009

*Expert Engagement:*

Type of Matter:   California Constitution, Article VI, § 10, class action related to short message
                          service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:       Albrecht v. mBlox, Inc. et al
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Settled
Date:                 2008 – 2009

*Expert Engagement:*

Type of Matter:   Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                          related to short message service (SMS) technology
Law Firm:             Blim & Edelson, LLC
Case Name:       Satterfield v. Simon & Schuster, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Settled
Date:                 2007 – 2009

*Expert Engagement:*

Type of Matter:   Class action related to short message service (SMS) technology and unlawful
                          charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:       Walker v. Motricity, Inc.
Services Provided: Testifying expert, expert reports, depositions for plaintiff
Disposition:       Settled
Date:                 2008

*Expert Engagement:*

Type of Matter:   Class action related to short message service (SMS) technology and unlawful
                          charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:       Rynearson v. Motricity, Inc.

## Randall A. Snyder
## Curriculum Vitae

Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         California Constitution, Article VI, § 10, class action related to short message
                        service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Reed v. Sprint Nextel Corporation
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Nava v. Predicto Mobile, LLC
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              McFerren v. AT&T Mobility, LLC
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class
                        action related to short message service (SMS) technology and unlawful charging
                        of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Guerrero v. MobileFunster, Inc.
Services Provided:      Consulting expert for plaintiff

## Randall A. Snyder
## Curriculum Vitae

Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to
                    short message service (SMS) technology and unlawful charging of cellular
                    telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Gray v. Mobile Messenger Americas, Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Goddard v. Google.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Duffy v. Nevis Mobile, LLC
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Criswell v. MySpace, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. §
                    1367(a) class action related to short message service (SMS) technology and
                    unlawful charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Bradberry v. mBlox, Inc.
Services Provided:  Consulting expert for plaintiff

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Ayers v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Hahn Loeser & Parks, LLC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Valdez v. Sprint Nextel Corporation |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Bradberry v. T-Mobile USA, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Abrams v. Facebook, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |

**Randall A. Snyder**
**Curriculum Vitae**

Disposition:        Settled
Date:               2007

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to short message service (SMS) technology
Law Firm:           Paul Hastings LLP
Case Name:          TeleCommunication Systems, Inc. v. Mobile365, Inc.
Services Provided:  Testifying expert, expert reports, depositions, trial testimony for defendant
Disposition:        Settled
Date:               2007

Wireless
Research
Services

Wireless Research Services, LLC
Rate Sheet January 1, 2015

# Wireless Research Services, LLC

# 2015 Rate Sheet

| ITEM | FEE |
|------|-----|
| Non-refundable Retainer at Time of Engagement | $4,000 |
| Expert Witness Consulting, Expert Reports | $450 per hour |
| Depositions, In-court Testimony | $500 per hour |
| Required Travel, Lodging, Board and Administrative Expenses | $1,000 per airline travel day plus actual incurred expenses |
| Invoicing | Payment due upon receipt |
| Penalty for Late Payments | 10% of total invoice added after each 30 days late until full payment is received |

By signing below and returning an executed copy to Wireless Research Services, LLC along with payment of the non-refundable retainer, you agree to the payment terms contained on this rate sheet.

Agreed to by:_____

Law firm/Company:_____

Case Name:_____

Date:_____

# EXHIBIT 2

1  Charles R. Messer (SBN 101094)
   Messerc@cmtlaw.com
2  David J. Kaminski (SBN 128509)
   Kaminskid@cmtlaw.com
3  Stephen A. Watkins (SBN 205175)
   Watkinss@cmtlaw.com
4  CARLSON & MESSER LLP
   5959 W. Century Blvd., Suite 1214
5  Los Angeles, CA  90045
   (310) 242-2200 Telephone
6  (310) 242-2222 Facsimile
7
8  Attorneys for Defendant,
   COLLECTO, INC.
9

10              **UNITED STATES DISTRICT COURT**

11                **DISTRICT OF MASSACHUSETTS**
12

13

14  IN RE: COLLECTO, INC. TELEPHONE      )  MDL No. 14-md-2513-RGS
    CONSUMER PROTECTION ACT (TCPA)       )
15  LITIGATION                           )
                                         )   **SUPPLEMENTAL RESPONSES TO**
16                                       )   **PLAINTIFFS' THIRD**
    This document relates to all Member Actions )  **SET OF REQUESTS FOR ADMISSIONS**
17                                       )
18                                       )
                                         )
19  _____)

20
    PROPOUNDING PARTY:     Plaintiffs
21
22  RESPONDING PARTY:      Defendant COLLECTO, INC.

23  SET NUMBER:            THREE (3)

24          Pursuant to Rule 36 of the *Federal Rules of Civil Procedure*, and following a conference

25  of counsel, Defendant COLLECTO, INC. (hereinafter, "Responding Party" or "Defendant")

26
27  hereby serves supplemental responses to Plaintiffs' Third Set of Requests for Admissions.

28  / / /

a.    Information is presently known and available as a result of reasonable search and inquiry by Defendant.

b.    Information is not subject to the attorney-client privilege or the attorney work-product doctrine; and Defendant has not further objected to a particular Request for Admission.

## SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 49:

The Noble Maestro dialer operated by Defendant is capable of dialing two thousand telephone numbers within an hour.

### SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 49:

Without waiving prior objections, defendant responds that it has made a reasonably diligent inquiry and is unable to ascertain whether its Noble Maestro dialer is capable of dialing exactly 2,000 telephone numbers within an hour, and for that reason is unable to admit or deny this Request for Admission as framed, and therefore denies this Request as framed. Defendant further responds that its Noble Maestro dialer is probably capable of dialing more than two thousand telephone numbers per hour.

### REQUEST FOR ADMISSION NO. 50:

The SoundBite dialer operated by Defendant is capable of dialing two thousand telephone numbers within an hour.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Without waiving prior objections, defendant responds that it has made a reasonably diligent inquiry and is unable to ascertain whether its hosted SoundBite dialer is capable of dialing exactly 2,000 telephone numbers within an hour, and for that reason is unable to admit or deny this Request for Admission as framed, and therefore denies this Request for Admission as framed.  Defendant further responds that its hosted SoundBite dialer is probably capable of dialing more than two thousand telephone numbers per hour.

**REQUEST FOR ADMISSION NO. 51:**

The Guaranteed Contacts dialer operated by Defendant is capable of dialing two thousand telephone numbers within an hour.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Without waiving prior objections, defendant responds that it has made a reasonably diligent inquiry and is unable to ascertain whether its Guaranteed Contact dialer is capable of dialing exactly 2,000 telephone numbers within an hour.  For that reason, defendant is unable to admit or deny this Request for Admission as framed, and for therefore denies this Request for Admission.  Defendant further responds that its Guaranteed Contact dialer is probably capable of dialing more than two thousand telephone numbers per hour.

**REQUEST FOR ADMISSION NO. 53:**

The LiveVox dialer operated by Defendant is capable of dialing two thousand telephone numbers within an hour.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Without waiving prior objections, defendant responds that it has made a reasonably diligent inquiry and is unable to ascertain whether its hosted LiveVox dialer is capable of dialing exactly 2,000 telephone numbers within an hour.  For that reason defendant denies this Request for Admission as framed.  Defendant further responds that its hosted LiveVox dialer is probably capable of dialing more than two thousand telephone numbers per hour.

**REQUEST FOR ADMISSION NO. 54:**

Defendant trained its representatives to enter a "wrong number" result code in a dialer's records when the representative determined the dialer called the wrong person.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Without waiving prior objections, Defendant further responds that it trained its representatives to enter "B" codes into account records as explained in its, "Nationwide Policies and Procedures, Accurately Updating a Wrong Number" (see COL00181), and to that extent and in that context, this request is admitted.   Defendant's August 25, 2015 response was based on the assumption that, "a wrong number result code in a dialer's records" referred to dialer result codes (see EOS000574-582, for example).

**REQUEST FOR ADMISSION NO. 56:**

Defendant directed its representatives not to call a telephone number once one of its representatives entered a "wrong number" result code in a dialer's records regarding such telephone number.

# EXHIBIT 3

Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
Watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLLECTO, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION <br><br> This document relates to all Member Actions | ) MDL No. 14-md-2513-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ELLIS K. CAVE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Ellis K. ("Skip") Cave, certify and declare as follows:

1.  I am over the age of 18 years and not a party to this action.  I have personal knowledge of the facts set forth herein, or have gained knowledge of them from records maintained in the regular course of business.

{00036759;1}

1

2.      I am currently a partner of Cave Consulting Partners ("CCP"), and have been since 1992.

3.      CCP generally performs Information Technology support and Google conversions for small businesses. I personally provide electronic consulting, including telephony services for small business.

4.      I have a Bachelor of Science degree in Electrical Engineering Kansas in 1969.

5.      Since 1978, I have designed and developed communications and telephony systems and services. I have been issued 37 patents by the U.S. Patent Office, and I have 9 patent applications currently pending.

6.      From 1978 to 1988 I was Vice President of Research and Development at Telephone Broadcasting Systems ("TBS") in Richardson, Texas.Bank-By-Phone. During my work from 1978 to 1988 at TBS, I designed one of the first automatic dialing systems, and I pioneered many of the key concepts in predictive dialing. During that time, more than two dozen of my inventions were issued patents by the U.S. Patent Office.

7.      I have read pages 1-53 of the August 6, 2015 Deposition of Randall Snyder, and I have read Exhibit nos. 32 through 39 to that deposition. Those exhibits are patents. I am the, "Ellis K. Cave," who is the inventor of the patent that is marked as Exhibit 37.

8.      Exhibits 32 through 39 generally describe auto-dialer technologies that were marketed in the 1970's and 1980's.

9.      Exhibit 33 (Sheldon patent, 1976) describes an electronic auto-dialer that called telephone numbers that were generated by a sequential number generator. Auto-dialers that called telephone numbers that were generated by number generators were marketed in the 1970's and early 1980's. By 1980, it was generally understood at my company, TBS, that for

auto-dialers, meant that were computer-generated Also at that time, we understood that for auto-dialers, meant numbers such as 22-and so forth

10.     Auto-dialers that called telephone numbers that were generated by a random or sequential number generator are an older technology than auto-dialers that call telephone numbers that are retrieved from a database.

11.     I know that in our marketing and research efforts at TBS, we knew as of 1980, if not earlier, that auto-dialers that called telephone numbers that were generated by random or sequential number generators were disfavored by customers because, among other reasons, they resulted in calls to hospitals and emergency lines.

12.     Exhibit 34 (Norwich patent, 1976) generally describes a technology that allowed an auto-dialer to call telephone numbers that were stored in a database. This newer technology did not utilize or need a random or sequential number generator. To my knowledge, database auto-dialers (i.e., auto-dialers that did not use number generators) were first marketed in the late 1970's, and they were commonly used by banks and creditors by 1985.

13.     During my tenure as a Vice President of Research & Development for TBS, from 1978 to 1988, TBS never marketed an auto-dialer that called telephone numbers that were generated by a random or sequential number generator. All of our auto-dialers were designed to call telephone numbers that were stored in, and retrieved from, databases.

14.     Exhibit 37 (Cave patent, 1986) is a patent for one of my inventions that improved the efficiency of TBS's auto-dialers. From 1983 to 1989, TBS sold predictive dialers to creditors and to collection agencies. All of TBS's auto-dialers that it marketed from 1983 until 1989 were predictive dialers that called telephone numbers that were retrieved from

databases. None of TBS's auto-dialers was designed to call telephone numbers that were generated by a random or sequential number generator.

15. TBS was purchased in 1986 by Davox, Inc. Davox used TBS's products and technology to become a leader in automatic telephone call-placing systems that were used by banks and creditors.

16. Based on my work as TBS's Vice President of Research & Development and on my knowledge of auto-dialers that were marketed from 1978 to 1988, I know that by 1988, predictive auto-dialers that called telephone numbers that were retrieved from databases were in wide-spread use by banks, creditors, and other businesses. And to the best of my knowledge, older-technology auto-dialers that called telephone numbers that were generated by a random or sequential number generator were never utilized by banks or creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2015 in Parker, Texas.

Ellis K. Cave

# EXHIBIT 4

Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
Watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: COLLECTO, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION | ) ) ) ) ) | MDL No. 14-md-2513-RGS |
| This document relates to all Member Actions | ) ) ) ) ) | |

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

DATED: August 31, 2015

CARLSON & MESSER LLP

By: /s/ Charles R. Messer
    Calif. Bar No. 101094
    David J. Kaminski, Esq.
    Calif. Bar No. 128509
    Stephen Watkins, Esq.
    Calif. Bar No. 205175
    CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214

(*See Satterfield*, *supra*), and there is no need to refer to FCC rulings to interpret the definition of an ATDS. *See, e.g., Marks, supra; Ibey*, 2012 WL 2401972, at *3 ("Further, Plaintiff's allegation that there "was no human intervention on the part of the Defendant" does not satisfy or allege the requirements of the statute."); *Flores v. Adir Int'l, LLC*, No. CV1500076ABPLAX, 2015 WL 4340020, at *5 (C.D. Cal. July 15, 2015) (following *Marks* and holding that the definition of an ATDS requires a random or sequential number generator); *Dominguez v. Yahoo!, Inc.*, 8 F.Supp.3d 637, 643–44 (E.D.Pa. 2014) (granting motion for summary judgment whereby plaintiff did not establish defendant used ATDS under statutory definition and characterizing reference to FCC definition as "misleading"); *Petitt v. U.S. Bank Nat. Ass'n,* No. 8:14-CV-961-T-33TGW, 2014 WL 3053240, at *2 (M.D. Fla. July 7, 2014*)*(granting motion to dismiss TCPA claim where plaintiff's allegations did not satisfy statutory definition of an ATDS).

On this record, the FCC's ATDS-Rules that imply that predictive dialers are ATDS's is an unreasonable and impermissible construction of the TCPA.  The Declaration of Ellis K. Cave shows that predictive dialers were widely used when the TCPA was enacted in 1991.  (SOF ¶¶ 58-70.)  Plaintiffs' own expert Randall Snyder agreed with that.  (SOF ¶¶ 57-58.)  But Congress clearly specified that an ATDS must include a number generator, see 47 U.S.C. section 227(a), and in doing so, implicitly approved (or at least did not make unlawful) the use of predictive dialers that did not use number generators.

Relying on the FCC's ATDS-Rules  would contradict the U.S. Supreme Court's recent pronouncement in *Utility Air Regulatory Grp. v. E.P.A.,* 134 S. Ct. 2427, 2446, 189 L. Ed. 2d 372 (2014) which "reaffirm[ed] the core administrative-law principle that an agency may not rewrite clear statutory terms to suit its own sense of how the statute should operate."  As noted

# EXHIBIT 5

⋰ ⊱ NOBLE SYSTEMS

# Overview, cont.

## Secure and Regular Systems

Depending on the security requirements of your system and the Noble Systems software installed, your system can be set up as a Secure or Regular system.

**Secure mode** – Systems running in Secure mode have added security features including password encryption for Secure agents. Secure systems allow you to customize user password settings such as password length, uppercase and lowercase characters, and password expiration. Secure systems can include both Secure and Regular (Active) agents. (For more information on agent types, see page 165.) All manager applications in a Secure system use the Secure login.

**Regular mode** – Systems running in Regular mode have a standard level of security and agent password protection. All agents in a system running in Regular mode must be Regular agents. All manager applications in a Regular system use the Regular login.

You can run Maestro on either Secure or Regular systems.

For more information about Secure systems and the requirements and procedures for converting to a Secure system, contact your Noble Systems' Customer Care representative.



**Note**: *The System Access Setup utility contains different screens and functionality depending on whether your system is running in Secure or Regular mode. For more information, see the System Access Setup section starting on page 87.*

## PCI Compliant Security

PCI compliant security is available as a purchasable option in Maestro. This provides additional security for your system including encryption and secure deletion of sensitive data. For more information about the PCI compliant security option for Maestro, contact your Noble Systems Sales representative.

## SSL Connectivity to the Noble Host and Telephony Server

Maestro supports SSL connectivity to the Noble host and telephony server. This manual includes steps to set up Maestro for SSL connectivity. Note that SSL connectivity must already be set up on your Noble Solution. For more information, contact your Noble Sales representative.

CONFIDENTIAL
Subject to Protective Order
CBE-LOFTON 000024

# EXHIBIT 6



## Cloud Contact Center Platform



Compliance

### Tools to Adapt.

## 100% Call Recording



Obtaining 100% call recording is an extremely cost and resource consuming quest as exemplified by the typical premise-based network (middle diagram).

LiveVox simplifies this by unifying all call, agent and account activity into a single, secure, and dynamically retrievable database.

Recording each interaction between consumer and agent is crucial to an effective compliance initiative. LiveVox offers this automatically.

## More Flexible, Powerful and Secure

LiveVox takes a new approach to providing contact center technology and infrastructure.

LiveVox delivers fully, integrated and burstable core contact center applications such as ACD/PBX, Predictive Dialer, IVR, Call Recording & Business Analytics from a PCI-DSS, third-party certified Cloud platform.

With over ten years servicing the financial sector, LiveVox has developed a comprehensive suite of compliance tools that helps contact centers stay flexible and adapt to a changing compliance environment.








(866) 723-9607
info@livevox.com
www.LiveVox.com

## Optimizing Cell Phones



LiveVox offers several options that help contact centers manage compliance while optimizing cell phone dialing strategies.

### Optimized Cell Phone Dialing Configuration
This feature enables significantly increased agent productivity levels while also addressing compliance considertions.

### Hardware/Software Separation
Hardware/Software separation enables agents to log into a softphone that mirrors manual dial functionality - a complete separation from the autodialer and IVR environment.

### Multi-Site Resource Optimization
Off-shore to on-shore routing matches the least valuable call leg (manual dial) to the lowest-cost resource then facilitates a sub-second warm transfer of the highest value potential (talk-off) to the highest-cost resource.

VKI00025

|  | was presented. Preview All skills present every number in a campaign to agents for approval to dial. Wireless (or Dynamic) Preview skills present only detected wireless numbers to agents for approval to dial, while landlines are dialed predictively. |
| --- | --- |
| Quick Connect (QC) Skill | A Quick Connect skill is an outbound dialing mode which immediately connects live answers with an available agent. Answering Machine detection can be enabled, if desired. |
| <u>Resource Group</u> | A virtual grouping of Skills used for call routing or reporting. |
| Right Party Contact (RPC) Skill | An RPC skill is an outbound dialing mode which immediately connects live answers with an IVR application. Depending on the responses provided, the called party may be bridged with an available agent. Answering Machine detection can be enabled, if desired. |
| SFTP | The SSH File Transfer Protocol (also known as Secure FTP and SFTP) is a computing network protocol to access, manage and transfer files between LiveVox and external management systems. |
| <u>Skill</u> | A virtual agent group with predefined attributes including, but not limited to, messaging, compliance rules, and termination codes. A Skill exists within a single Call Center. |
| Skill-based Routing (SBR) | SBR is a call assignment strategy used to route calls to the most suitable agent based upon their classifications. For example, if a call is classified as Spanish, SBR will attempt to route the call to an agent with the Spanish classification. |
| Unattended Skill | An Unattended skill is an outbound dialing mode which immediately connects with an IVR application. Regardless of the responses provided, the called party cannot be bridged with an available agent. Answering Machine detection can be enabled, if desired. |
| <u>User</u> | End user of the LiveVox Voice Portal. Users can be assigned different roles with distinct permissions. |

VKI00065

# EXHIBIT 7





SoundBite Communications understands how critical the security and integrity of customer data is to an organizations Proactive Customer Communications strategy. Thus, we have implemented stringent security practices to ensure that all data is kept safe and confidential. Dedicated security personnel oversee these practices and are responsible for all of SoundBite's data and physical security.

## Overview

The SoundBite Engage™ Platform incorporates security best practices into every stage of your Proactive Customer Communications (PCC) strategy. SoundBite is dedicated to protecting its clients and their data and adheres to strict standards in infrastructure security, authentication, data security, physical security, policy and compliance.

## Infrastructure Security

SoundBite has built and maintains a secure network that meets industry best practices and customer requirements:

- Multiple levels of physical and logical firewalls
- Network and host based intrusion detection, prevention and response
- Two factor authentication for system maintenance
- Regular reviews of firewall logs and configurations



## Authentication and Data Security

Rigorous authentication rules are applied to all access points to the SoundBite Engage Platform. SoundBite enforces strong authentication through password strength requirements, individual logins, password expiration, and login timeouts. To enable strong authentication and protect customer data, SoundBite implements standards-based encryption best practices which include:

- SSH or VeriSign 128-bit SSL encryption of all data in transit
- Triple DES encryption of any sensitive data
- PGP encryption of files sent to and from SoundBite

### › PCI Compliance (Level 1)

*SoundBite is proud to be one of the few Proactive Customer Communications providers listed as a PCI Compliant service provider, a key requirement for working with financial institutions, card issuers and retailers.*

*SoundBite demonstrated its compliance by successfully undergoing a stringent, on-site PCI data security review conducted by an independent Qualified Security Assessor.*

# EXHIBIT 8

# Ontario System Announces Successful Launch of FACS 17.1

*Press Release*       August 28, 2008 (2008-08-28T09:33:35+00:00)

http://www.insidearm.com/daily/debt-collection-news/debt-collection/ontario-system-announces-successful-launch-of-facs-17-1/

Ontario Systems (http://www.ontariosystems.com/) is pleased to announce the general release of FACS version 17.1. More than an update, FACS 17.1 has been specifically conceived as enabler of telephony features and technology that increases productivity while decreasing costs.

This latest FACS release has already been thoroughly field tested in three client locations and is currently being installed at four more companies this month.

"By far, this is the smoothest implementation of a FACS release in my decades of running on the Ontario Systems' platform," says Brian Cutler, vice president of Asset Performance Group Information Technology, a division of Sallie Mae. "The advantages gained through this release are significant and we are delighted with the early results."

This release includes Ontario Systems' latest telephony enhancements–enhancements that enable supervisors to whisper to an agent during a call, join a conversation with an agent and a responsible party using the barge-in feature, or completely commandeer a call to remove the agent from the conversation and allow the supervisor to complete it. FACS 17.1 enables the use of Voice XML technology to conduct right party contacts directly from a Guaranteed Contacts dialer. It also offers the ability to move agents from one pool to another without the need to log out of the first, or log into the second, eliminating unscheduled breaks.

This release also enables those ready to move to an IP-based telephony infrastructure. Clients can upgrade their telephony platform to Guaranteed Contacts IP, the most powerful VoIP-based dialer designed for the collections and recovery market space.

FACS 17.1 also enables Ontario Systems' first on demand telephony offering. Guaranteed Contacts users can access an on demand, integrated right-party contacts system. The first of many products that Ontario Systems will offer as a hosted, pay-per-use system,

Verified Contacts On Demand enables organizations that desire right-party contacts functionality without any capital investment.

The FACS 17.1 release is coupled with a database upgrade to Caché 2007.1. Version 2007.1 runs SQL faster than relational databases – knowledge may be power, but speed is king. Added to that, the 2007.1 release includes encrypted journal files, increasing the security of protected information. It is an immediate competitive advantage for agencies to offer this level of security.

This release offers new functionality such as virtually unlimited custom windows using any combination of system fields. But one of its most important features is its ability to enable users to incorporate many of the new technologies that will provide a competitive advantage.

"FACS 17.1 is not only a great major release for today; but, more importantly, it enables our clients to implement new technology that will fuel their growth for many years to come," said Jason Harrington, product director, Ontario Systems. "This release will allow our clients to maintain their market-leading positions."

To learn more about FACS 17.1, or any of the technologies it enables, call 800.283.3227 or visit online.

About Ontario Systems, LLC

Ontario Systems provides debt collection software to organizations that manage large volumes of accounts receivables. These include hospitals, collection agencies, collection attorneys and bankcard issuers. As the largest provider of receivables management products, including the Artiva, FACS and Guaranteed Contacts systems, Ontario Systems is recognized throughout the industry as the leader in technology and customer service. With operations in Indiana and Ohio, it is a privately held company headquartered in Muncie, Ind. For more information, visit www.ontariosystems.com (http://www.ontariosystems.com/).