UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation | Master MDL No. 14-md-2513-RGS<br><br>Case no. 1:14-cv-10478-RGS<br><br>This Document Relates To:<br>    All Member Actions |

## JOINT STATEMENT RE SCHEDULING FOR CLASS DISCOVERY

Pursuant to this Court's order of February 10, 2016, the parties propose the following schedule for class discovery, class certification and expert reports:

| | |
|---|---|
| Deadline for class related discovery | February 22, 2017 |
| Plaintiffs' deadline to serve expert(s) reports related to class certification. | March 15, 2017 |
| Defendant's deadline to serve expert(s) reports related to class certification. | April 12, 2017 |
| Deadline for completion of deposition of Plaintiffs' expert(s) related to class certification. | April 28, 2017 |
| Deadline for completion of deposition of Defendant's expert(s) related to class certification. | April 28, 2017 |
| Deadline for Plaintiffs to file a motion for class certification. | May 19, 2017 |
| Deadline for Defendant to file an opposition to the motion for class certification | June 16, 2017 |
| Deadline for Plaintiffs to file a reply in support of class certification. | June 30, 2017 |

The parties anticipate that expert witnesses may be necessary for class certification.  For example, Defendant contends that a class cannot be ascertained.  Plaintiffs disagree and assert that this is not correct, both for legal reasons, as well as for factual reasons about which expert witnesses may provide expert opinion testimony.

The parties are available for a conference with the court to explain more fully any of the proposed dates above.

| | |
|---|---|
| Dated: February 22, 2016 | Dated: February 22, 2016 |
| /s/David C. Parisi | /s/Charles R. Messer |
| David C. Parisi (California Bar No. 162248) | Charles R. Messer (California Bar No. 101094) |
| Parisi & Havens LLP | David J. Kaminski (California Bar No.128509) |
| 212 Marine Street, Suite 100 | Carlson & Messer LLP |
| Santa Monica, California 90405 | 5959 West Century Boulevard, Suite 1214 |
| Sherman Oaks, California 91403 | Los Angeles, California 90045 |
| (818) 990-1299 (telephone) | (310) 242-2200 (telephone) |
| (818) 501-7852 (facsimile) | (310) 242-2222 (facsimile) |
| dcparisi@parisihavens.com | messerc@cmtlaw.com |
| | kaminskd@cmtlaw.com |
| *Co-Lead Counsel for Plaintiffs* | *Counsel for Collecto, Inc.* |

Dated: February 22, 2016

    /s/J. Andrew Meyer
J. Andrew Meyer (Florida Bar No. 056766)
Morgan & Morgan, Complex Litigation Group
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505 (telephone)
(813) 222-4787 (facsimile)
ameyer@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I, David C. Parisi, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

               /s/David C. Parisi
               David C. Parisi