UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLLECTO, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION | ) Master MDL No. 14-md-2513-RGS ) ) ) This Document Relates To: ) ) 1:13-cv-11944-RGS ) 1:14-cv-10478-RGS ) 1:14-cv-10532-RGS ) |

**NOTICE OF SETTLEMENT AND**
**JOINT MOTION TO ABATE CASE MANAGEMENT DEADLINES**

Defendant Collecto, Inc. ("Collecto") and Plaintiffs John Lofton, Robert Pegg, Richard Davenport and Ralph Davenport ("Plaintiffs"), by and through their Lead MDL Counsel, hereby jointly notify the Court that the parties have reached a settlement in principal to resolve, on a class-wide basis, the claims raised by Plaintiffs on behalf of themselves and on a behalf of a proposed settlement class.  The Parties have reached a settlement with respect to the three constituent actions that were initially transferred to this Court by the Judicial Panel on Multidistrict Litigation.  In addition, the Parties' proposed settlement in these three actions, if ultimately approved by this Court, will likely result in the resolution and ultimate dismissal of another action currently pending before this Court, an action styled *Collecto, Inc. v. Torus National Insurance Company*, Case No. 1:15-cv-13350-RGS, and which involves the Defendant in this action and its insurance carriers in a dispute regarding insurance coverage for the acts at issue in Plaintiffs' actions.[1]

The Parties are in the process of preparing a written agreement memorializing the terms of the proposed class settlement in their three actions and once that agreement is completed, the

---

[1] Defendant Collecto will be filing a copy of this notice of settlement in this other action, as well.

Parties will turn to preparing and then filing a motion for preliminary approval with the Court so as to allow the Court an opportunity to evaluate the fairness, reasonableness, and adequacy of the Parties' settlement terms.[2]  The Parties currently anticipate being able to file a motion for preliminary approval detailing the terms of their settlement agreement within the next 45 days. Accordingly, the Parties jointly request that the Court abate the litigation deadlines currently in place by virtue of the Court's Scheduling Order dated February 23, 2016 (Doc. No. 71).  In addition, the Parties will advise the Court, concomitantly with filing their motion for preliminary approval, regarding the status of the remaining actions that have been transferred into this MDL proceeding but that will not be encompassed or affected by the Parties' settlement.

WHEREFORE, the Parties notify the Court that they have reached a settlement of the actions detailed herein and respectfully request that the Court abate the current litigation deadlines contained in the Court's Scheduling Order dated February 23, 2016 (Doc. No. 71).  The Parties currently expect to be able to file a motion for preliminary approval of their settlement within the next 45 days.

Dated: December 8, 2016

| /s/ David C. Parisi | /s/ Charles R. Messer |
|---|---|
| David C. Parisi (California Bar No. 162248) | Charles R. Messer (California Bar No. 101094) |
| Parisi & Havens LLP | David J. Kaminski (California Bar No.128509) |
| 212 Marine Street, Suite 100 | Carlson & Messer LLP |
| Santa Monica, California 90405 | 5959 West Century Boulevard, Suite 1214 |
| Sherman Oaks, California 91403 | Los Angeles, California 90045 |
| (818) 990-1299 (telephone) | (310) 242-2200 (telephone) |
| (818) 501-7852 (facsimile) | |
| dcparisi@parisihavens.com | |

---

[2] "The approval of a settlement agreement is a two-step process, which first requires the court to make a preliminary determination regarding the fairness, reasonableness, and adequacy of the settlement terms." *Hochstadt v. Boston Scientific Corp.*, 708 F. Supp. 2d 95, 97 (D. Mass. 2010) (citing Manual for Complex Litigation (Fourth) § 13.14 (2004)).

|  |  |
|---|---|
|   /s/ J. Andrew Meyer<br>J. Andrew Meyer (Florida Bar No. 056766)<br>Morgan & Morgan, Complex Litigation Group<br>One Tampa City Center<br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>(813) 223-5505 (telephone)<br>(813) 222-4787 (facsimile)<br>ameyer@forthepeople.com<br><br>*Co-Lead MDL Counsel for Plaintiffs* | (310) 242-2222 (facsimile)<br>messerc@cmtlaw.com<br>kaminskd@cmtlaw.com<br><br>*Lead MDL Counsel for Defendant Collecto, Inc.* |

## CERTIFICATE OF SERVICE

I, J. Andrew Meyer, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

   /s/   J. Andrew Meyer