# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation | Master No. 1:14-md-2513-RGS<br><br>This Document Relates To:<br>   All Member Actions |

## PLAINTIFFS' NOTICE OF PERSONS OPTING OUT OF THE SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to paragraph 5 of this Court's Final Approval Order and Final Judgment (ECF No. 118), lead plaintiffs' counsel identifies the following person as the only person who has opted out of the settlement approved by the Court:

Judith Lemeshewsky.

Dated: January 24, 2018          By:    /s/David C. Parisi
                                                        David C. Parisi

                                                        J. Andrew Meyer (Florida Bar No. 056766)
                                                        Of Counsel,

                                                        **Complex Litigation Group**
                                                        **MORGAN AND MORGAN**
                                                        One Tampa City Center
                                                        201 North Franklin Street, 7th Floor
                                                        Tampa, Florida 33602
                                                        (813) 223-5505 (telephone)
                                                        (813) 222-4787 (facsimile)
                                                        ameyer@forthepeople.com

                                                        David C. Parisi
                                                        **PARISI & HAVENS LLP**
                                                        212 Marine Street, Suite 100
                                                        Santa Monica, California  90405
                                                        (818) 990-1299 (telephone)
                                                        (818) 501-7852 (facsimile)
                                                         dcparisi@parisihavens.com

                                                        *Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

      I, David C. Parisi, hereby certify that this document (and all supporting documents) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 24, 2018　　　　　　　　　/s/David C. Parisi
　　　　　　　　　　　　　　　　　　　　David C. Parisi