**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation, | Master No. 1:14-md-2513-RGS<br>Individual Case No. 1:14-cv-10478-RGS<br><br>This Document Relates To:<br>All Member Actions |

## LEMBERG LAW LLC'S NOTICE OF MOTION FOR REALLOCATION OF ATTORNEYS' FEES

Lemberg Law LLC, by and through its undersigned counsel, respectfully submits this Motion for Reallocation of Attorneys' Fees and respectfully requests the Court to find attorney J. Andrew Meyer and Morgan & Morgan jointly and separately liable to Lemberg Law LLC, for a sum of $100,615.39. In support of this motion, Lemberg Law LLC relies on its Memorandum of Law, Affidavit of Robert Pegg, Declaration of Sergei Lemberg, and supporting exhibits.

## L.R. D. MASS 7.1(A)(2) CERTIFICATE

Lemberg Law LLC's counsel communicated with opposing counsel in a good faith effort to resolve the issues presented in this motion. The parties have been unable to resolve the issues.

Dated: April 20, 2018

Respectfully submitted,

By   */s/ Mark Dubois*
Mark Dubois, Esq. *appearing pro hac vice*
Geraghty & Bonnano, LLC
38 Granite Street, P.O. Box 231
New London, CT  06320
Telephone: (860) 447-8077
Facsimile: (860) 447-9833
*Attorneys for Lemberg Law LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2018, I electronically filed the foregoing Motion for Reallocation of Attorneys' Fees using the CM/ECF system, which will automatically send a notification to all counsel of record.

                                                               */s/ Mark Dubois*
                                                               Mark Dubois, Esq.